UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIZAR S. NAYANI, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>LIFESTANCE HEALTH GROUP, INC., MICHAEL K. LESTER, J. MICHAEL BRUFF, ROBERT BESSLER, DARREN BLACK, JEFFREY CRISAN, WILLIAM MILLER, JEFFREY RHODES, ERIC SHUEY, KATHERINE WOOD, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TPG CAPITAL BD, LLC, UBS SECURITIES LLC, and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>     Defendants. | Case No.  1:22-cv-06833-JSR |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF BRITTNY JORDON FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Brittny Jordon ("Jordon"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Jordon's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of her selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Jordon's financial interest in the Action;

Exhibit B:    Press release published over *Business Wire* on August 10, 2022, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Jordon;

Exhibit D:    Declaration executed by Jordon; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 11, 2022.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1