# EXHIBIT A

**LifeStance Health Group, Inc. (LFST)**
**IPO Date: June 10, 2021**
**IPO Price: $18.00 / share**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 8/10/2022 Close Price $7.8600 Estimated Value | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brittny Jordon | 7/19/2021 | 60 | $25.0000 | ($1,500) | | | | | 60 | $472 | ($608) |