# EXHIBIT B



Robbins Geller
Rudman & Dowd LLP

# LFST INVESTOR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against LifeStance Health Group, Inc. and Announces Opportunity for Investors with Substantial Losses to Lead Case

August 10, 2022 08:33 PM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--**Robbins Geller Rudman & Dowd LLP** announces that it has filed a class action lawsuit seeking to represent purchasers of LifeStance Health Group, Inc. (NASDAQ: LFST) common stock issued in connection with LifeStance Health's June 10, 2021 initial public stock offering (the "IPO"). Captioned *Nayani v. LifeStance Health Group, Inc.*, No. 22-cv-06833 (S.D.N.Y.) – the *LifeStance Health* class action lawsuit charges LifeStance Health, certain of its top executives and directors, as well as the IPO's underwriters with violations of the Securities Act of 1933.

**If you suffered substantial losses and wish to serve as lead plaintiff, please provide your information here:**

**https://www.rgrdlaw.com/cases-lifestance-health-group-inc-class-action-lawsuit-lfst.html**

**You can also contact attorney J.C. Sanchez of Robbins Geller by calling 800/449-4900 or via e-mail at jsanchez@rgrdlaw.com. Lead plaintiff motions for the *LifeStance Health* class action lawsuit must be filed with the court no later than October 11, 2022.**

**CASE ALLEGATIONS**: LifeStance Health is one of the nation's largest providers of virtual and in-person outpatient mental health care. LifeStance Health benefitted from the state and local lockdown orders necessitated by the COVID-19 pandemic starting in the spring of 2020. But by December 2020, several COVID-19 vaccines were being approved and administered, meaning LifeStance Health's access to clients seeking virtual mental health services would significantly decline while demand for in-person services would increase. LifeStance Health conducted its IPO on June 10, 2021, selling 46 million shares at $18.00 per share, raising $828 million in gross proceeds.

However, as the *LifeStance Health* class action lawsuit alleges, the IPO's registration statement failed to disclose the following material facts: (i) that the number of virtual visits clients were undertaking utilizing LifeStance Health was decreasing as the COVID-19 lockdowns were being lifted, thereby flatlining LifeStance Health's out-patient/virtual revenue growth; (ii) that the percentage of in-person visits clients were undertaking utilizing LifeStance Health was increasing as the COVID-19 lockdowns were being lifted, thereby causing LifeStance Health's operating expenses to increase substantially; (iii) that LifeStance Health had lost a large number of physicians due to burn-out and, as a result, its physician retention rate had fallen significantly below the 87% highlighted in the IPO's registration statement and LifeStance Health had been expending additional costs to onboard new physicians who were less productive than the outgoing physicians they were replacing; and (iv) as a result, LifeStance Health's business metrics and financial prospects were not as strong as the IPO's registration statement represented.

At the time of the LifeStance Health class action lawsuit's filing, LifeStance Health common stock traded in a range of $4.77-$7.70, a reduction of upwards of 73% from the price the shares were sold at in the IPO.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased LifeStance Health common stock issued in connection with the IPO to seek appointment as lead plaintiff in the *LifeStance Health* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *LifeStance Health* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *LifeStance Health* class action lawsuit. An investor's ability to share in any potential future recovery of the *LifeStance Health* class action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER**: Robbins Geller is one of the world's leading complex class action firms representing plaintiffs in securities fraud cases. The Firm is ranked #1 on the 2021 ISS Securities Class Action Services Top 50 Report for recovering nearly $2 billion for investors last year alone – more than triple the amount recovered by any other plaintiffs' firm. With 200 lawyers in 9 offices, Robbins Geller is one of the largest plaintiffs' firms in the world, and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Attorney advertising.
Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

# Contacts

Robbins Geller Rudman & Dowd LLP

655 W. Broadway, Suite 1900, San Diego, CA 92101

J.C. Sanchez, 800-449-4900

jsanchez@rgrdlaw.com

# Social Media Profiles

RGRD Facebook

RGRD Twitter

RGRD LinkedIn