UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIZAR S. NAYANI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LIFESTANCE HEALTH GROUP, INC., MICHAEL K. LESTER, J. MICHAEL BRUFF, ROBERT BESSLER, DARREN BLACK, JEFFREY CRISAN, WILLIAM MILLER, JEFFREY RHODES, ERIC SHUEY, KATHERINE WOOD, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TPG CAPITAL BD, LLC, UBS SECURITIES LLC, and WILLIAM BLAIR & COMPANY, L.L.C., <br><br> Defendants. | Case No.  1:22-cv-06833-JSR |

DECLARATION OF J. ALEXANDER HOOD II IN FURTHER SUPPORT OF MOTION OF
BRITTNY JORDAN FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a Partner of the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Brittny Jordan ("Jordan"), and have personal knowledge of the facts set forth herein.  I make this Declaration in further support of Jordan's motion for appointment as Lead Plaintiff for the Class and approval of Jordan's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as Exhibit A is a corrected Shareholder Certification executed by Jordan.

3.      Attached hereto as Exhibit B is a corrected Declaration executed by Jordan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 17, 2022.

/s/ J. Alexander Hood II
J. Alexander Hood II

1