# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|------------|------|-----------------|-------|----------------|--------------------|
| **Nizar S. Nayani** | 06/10/2021 | 23 | $18.00 | $414.00 | held | 38 | $7.86 | $298.68 | |
| | 06/30/2021 | 11 | $18.00 | $198.00 | | | | | |
| | 07/08/2021 | 4 | $18.00 | $72.00 | | | | | |
| **Movant's Total** | | **38** | | **$684.00** | | **38** | | **$298.68** | **($385.32)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the date of complaint filed. The price used is $7.86 as of August 10, 2022.

Prices listed are rounded to two decimal places.