# EXHIBIT D

## DECLARATION OF NIZAR S. NAYANI

I, Nizar Nayani, submit this declaration in support of my lead plaintiff motion.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1.    I live in Houston, Texas and I work as a director of sales for Telenor Communications, Inc..  I have worked in the telecommunications industry for over a decade and I have owned and managed multiple telecommunications businesses.   I have experience working with and hiring attorneys.

2.    I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

3.    I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize a potential settlement on behalf of the class.  I am willing to perform all of these duties on behalf of the class members.

4.    As demonstrated by my filing of the initial complaint, I have every incentive to prosecute this case on behalf of LifeStance Health Group, Inc. investors.

5.    I understand that the lead plaintiff's share of any recovery is the same as every other potential class member.  As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

6.    I am aware that I have the right to select counsel as part of the lead plaintiff process. After considering my options, I selected Robbins Geller Rudman & Dowd LLP to represent the

class in this case on a contingency basis based on its experience prosecuting securities cases. Before selecting counsel, I discussed the lead plaintiff's role, responsibilities, and process with counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ___ day of October, 2022.

DocuSigned by:

106C628138FB402...

NIZAR S. NAYANI