**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| NIZAR S. NAYANI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIFESTANCE HEALTH GROUP, INC., MICHAEL K. LESTER, J. MICHAEL BRUFF, ROBERT BESSLER, DARREN BLACK, JEFFREY CRISAN, WILLIAM MILLER, JEFFREY RHODES, ERIC SHUEY, KATHERINE WOOD, MORGAN STANLEY & CO., LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TPG CAPITAL BD, LLC, UBS SECURITIES LLC, and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:22-cv-06833-JSR |

**DECLARATION OF SARA A. BELLIN, ESQ. IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS**

I, Sara A. Bellin, Esq., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am over the age of 18 and would be competent to testify to the information in this declaration at a trial or hearing in this matter.

2.      I am an attorney at the law firm of Ropes & Gray LLP and counsel to the Defendants LifeStance Health Group, Inc. ("LifeStance"), Michael K. Lester, J. Michael Bruff, Robert Bessler, Darren Black, Jeffrey Crisan, William Miller, Jeffrey Rhodes, Eric Shuey, and Katherine Wood (together with LifeStance, the "LifeStance Defendants") in the above-captioned

action.  I am licensed to practice law in the Commonwealth of Massachusetts and have been admitted *pro hac vice* before this Court.  Based on my involvement in this action, I have personal knowledge of the information set forth herein.

3.      I submit this declaration, along with the exhibits annexed hereto, on behalf of the LifeStance Defendants, Morgan Stanley & Co., LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, TPG Capital BD, LLC, UBS Securities LLC, and William Blair & Company, L.L.C. (collectively with the LifeStance Defendants, "Defendants"), in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint for Violations of Federal Securities Laws (ECF No. 45) filed pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act.

4.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts of LifeStance's Prospectus for its Initial Public Offering filed pursuant to Rule 424(b)(4), dated June 9, 2021, and filed with the United States Securities and Exchange Commission (the "SEC") on June 11, 2021.

5.      Attached hereto as **Exhibit B** is a true and correct copy of LifeStance's Form 8-K, filed with the SEC on August 11, 2021, and its attachments: (1) Exhibit 99.1, consisting of a press release titled "LifeStance Health Reports Second Quarter 2021 Results"; and (2) Exhibit 99.2, consisting of a slide presentation titled "Q2 2021 Earnings Presentation."

6.      Attached hereto as **Exhibit C** is a true and correct copy of a transcript of LifeStance's August 11, 2021 earnings call for the second fiscal quarter ended June 30, 2021, as prepared by S&P Global Market Intelligence.

7.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts of LifeStance's Form 10-K for the fiscal year ended December 31, 2021, filed with the SEC on March 17, 2022.

8.      Attached hereto as **Exhibit E** is a true and correct copy of LifeStance's Form 8-K,

-3-

filed with the SEC on March 10, 2022, and its attachments: (1) Exhibit 99.1, consisting of a press release titled "LifeStance Reports Fourth Quarter and Full Year 2021 Results"; and (2) Exhibit 99.2, consisting of a slide presentation titled "Q4 2021 Earnings Presentation."

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Boston, Massachusetts on January 18, 2023.

/s/ _____

Sara A. Bellin (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: (617) 951-7000
Fax: (617) 951-7050
Sara.Bellin@ropesgray.com

*Attorney for Defendants LifeStance Health Group, Inc., Michael K. Lester, J. Michael Bruff, Robert Bessler, Darren Black, Jeffrey Crisan, William Miller, Jeffrey Rhodes, Eric Shuey, and Katherine Wood*