# EXHIBIT B

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## FORM 8-K

### CURRENT REPORT

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): August 11, 2021**

# LifeStance Health Group, Inc.
**(Exact name of Registrant as Specified in Its Charter)**

| **Delaware** | **001-40478** | **86-1832801** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**4800 N. Scottsdale Road**
**Suite 6000**
**Scottsdale, Arizona**                                      **85251**
(Address of Principal Executive Offices)                (Zip Code)

**Registrant's Telephone Number, Including Area Code: 425 279-8500**

**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | LFST | The NASDAQ Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On August 11, 2021, LifeStance Health Group, Inc. ("LifeStance Health Group") issued a press release announcing its results of operations for the second quarter ended June 30, 2021. A copy of the press release is furnished as Exhibit 99.1. The information furnished under Item 2.02 of this Current Report on Form 8-K, including the exhibit, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), nor shall it be deemed incorporated by reference into LifeStance Health Group's filings with the SEC under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 7.01 Regulation FD Disclosure.**

A slide presentation, which includes supplemental information related to LifeStance Health Group, is furnished as Exhibit 99.2. The information furnished under Item 7.01 of this Current Report on Form 8-K, including the exhibit, shall not be deemed "filed" for purposes of Section 18 of the Exchange Act, nor shall it be deemed incorporated by reference into LifeStance Health Group's filings with the SEC under the Securities Act or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

A copy of the press release is attached as Exhibit 99.1.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit | Description |
| --- | --- |
| 99.1 | Press Release dated August 11, 2021. |
| 99.2 | Slide presentation providing supplemental information. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

LifeStance Health Group, Inc.

Date:    August 11, 2021                              By:    /s/ J. Michael Bruff

**J. Michael Bruff**
Chief Financial Officer
(principal financial and accounting officer)

**Investor Relations Contact**

Monica Prokocki
VP of Investor Relations
425-279-8500
investorrelations@lifestance.com

# LifeStance Health Reports Second Quarter 2021 Results

**Second Quarter 2021 Highlights**

- Revenue of $160.5 million increased $76.5 million or 91%[1] compared to revenue of $38.6 million for the period from April 1, 2020 to May 14, 2020 (Predecessor) and $45.4 million for the period from April 13, 2020 to June 30, 2020 (Successor)
- Total clinicians of 3,975 up 94% year over year, including 674 net clinician adds in the second quarter
- Net loss was $70.0 million compared to net loss of $27.6 million for the period from April 1, 2020 to May 14, 2020 (Predecessor) and $4.3 million for the period from April 13, 2020 to June 30, 2020 (Successor)
- Adjusted EBITDA of $14.5 million increased $4.1 million or 39%[1] compared to Adjusted EBITDA of $4.4 million for the period from April 1, 2020 to May 14, 2020 (Predecessor) and $6.0 million for the period from April 13, 2020 to June 30, 2020 (Successor)
- Successfully completed initial public offering (IPO) on the Nasdaq Global Select Market on June 10, 2021; net proceeds of $548.9 million used to retire debt and for general corporate purposes
- Established the LifeStance Health Foundation with initial endowment of $10.0 million; announced partnership with The Mental Health Coalition to help end the stigma around mental health conditions and committed $30,000 to the U.S. Olympic & Paralympic Foundation in support of athletes' mental health
- Initiating 2021 guidance: Revenue of $668 million to $678 million; Center Margin of $198 million to $208 million; Adjusted EBITDA of $47 million to $53 million

SCOTTSDALE, Ariz. - August 11, 2021 – LifeStance Health Group, Inc. (NASDAQ: LFST), one of the nation's largest providers of outpatient mental health care, today announced financial results for the second quarter ended June 30, 2021.

"LifeStance delivered strong performance in our inaugural quarter as a public company, achieving year over year revenue growth of 91%[1]," said Michael Lester, CEO, LifeStance Health. "Increasing access to mental health care services is more important than ever. We are well positioned to continue to grow as we help address our nation's mental health needs every day and deliver personalized care, one patient at a time, both virtually and in-person. I am extremely proud of the efforts of our purpose-led organization to reimagine mental health through a tech-enabled care delivery model built to expand access, tackle affordability, improve outcomes and lower overall health care costs."

**Financial Highlights**

| | Successor | | | | Predecessor | |
| --- | --- | --- | --- | --- | --- | --- |
| | Three months ended June 30, 2021 | | April 13 to June 30, 2020 | | April 1 to May 14, 2020 | |
| *(in thousands)* | | | | | | |
| Total revenue | $ | 160.5 | $ | 45.4 | $ | 38.6 |
| (Loss) income from operations | | (47.0) | | 0.1 | | 3.1 |
| Center Margin | | 51.2 | | 14.2 | | 11.4 |
| Net loss | | (70.0) | | (4.3) | | (27.6) |
| Adjusted EBITDA | | 14.5 | | 6.0 | | 4.4 |
| As % of Total Revenue: | | | | | | |
| *(Loss) income from operations* | | *(29.3%)* | | *0.2%* | | *7.9%* |
| *Center Margin* | | *31.9%* | | *31.2%* | | *29.6%* |
| *Net loss* | | *(43.6%)* | | *(9.6%)* | | *(71.6%)* |
| *Adjusted EBITDA* | | *9.1%* | | *13.2%* | | *11.5%* |

- Total revenue was $160.5 million, up 91%[1] year over year primarily driven by a 94% increase in clinicians through both organic hiring and acquisitions.
- Trailing twelve-month[2] revenue was $523.8 million. This represents an increase of 88% year over year.
- Loss from operations[3] was $47.0 million, driven by stock and unit-based compensation of $29.5 million, a $10.0 million endowment to the LifeStance Health Foundation, and $8.1 million in Director and Officer insurance expense incurred in connection with the IPO. Net loss was $70.0 million.
- Center Margin was $51.2 million, up 100%[1] year over year, and 31.9% of total revenue, primarily driven by the continued clinician ramp in prior year de novo centers.
- Adjusted EBITDA was $14.5 million, up 39%[1] year over year. Strong Center Margin growth was partially offset by an increase in general and administrative costs driven by investments in growth initiatives and public company infrastructure.

**Strategy and Key Developments**

During the second quarter, LifeStance took several actions in support of its strategy:

- Added a net of 674 clinicians who are empowered to improve the lives of their patients
- Opened 35 de novo Centers, building upon our first-mover advantage
- Entered 5 new states, expanding our geographic footprint
- Completed 10 acquisitions, supporting both organic and inorganic growth priorities

These actions are consistent with the Company's strategy to expand into new markets, build market density, and offer a technology enabled experience for our patients and clinicians.

**Balance Sheet, Cash Flow and Capital Allocation**

LifeStance listed its shares on the Nasdaq Global Select Market on June 10, 2021, in conjunction with the Company's initial public offering. In total, 46.0 million shares of its common stock were sold consisting of 32.8 million shares sold by LifeStance and 13.2 million shares sold by certain existing stockholders, including the full exercise by the underwriters of their option to purchase up to 6.0 million additional shares.

The Company received net proceeds of $548.9 million from the IPO after deducting customary offering expenses. The Company used $294.0 million of proceeds for debt principal repayment, with the remaining proceeds retained for general corporate purposes. For the six months ended June 30, 2021, cash flow used in operations was $7.0 million, which included an $8.8 million charge in connection with the voluntary prepayment of outstanding debt.

LifeStance ended the second quarter with cash of $276.2 million, long-term debt of $158.7 million, and full availability of a $20 million undrawn revolving credit facility.

The Company is establishing financial guidance for 2021:

| | Full Year |
|---|---|
| Total revenue | $668 million – $678 million |
| Center Margin | $198 million – $208 million |
| Adjusted EBITDA | $47 million – $53 million |

For Q3 and Q4 2021 we expect the following:

| | Q3 | Q4 |
|---|---|---|
| Total revenue | $168 million – $173 million | $196 million – $201 million |
| Center Margin | $47 million – $52 million | $56 million – $61 million |
| Adjusted EBITDA | $8 million – $11 million | $12 million – $15 million |

Our guidance reflects revenue and clinician base growth that is higher than company expectations from earlier this year driven by continued strength in new clinician hiring and new center additions, partially offset by a recent change in clinician retention levels that is consistent with the broader healthcare industry for 2021. Additionally, it includes increased investments in infrastructure and operations to support and sustain our long-term growth opportunities.

Full-year guidance does not assume any material changes in the current environment as it pertains to the COVID-19 pandemic and the state of variants, as well as the current labor market conditions.

**Footnotes:**

(1) Reflects a year over year comparison to the same period in the prior year which includes the summation of the Predecessor Period April 1 to May 14, 2020 and Successor Period of April 13 to June 30, 2020. This is not intended to be a substitute for financial reporting periods presented in accordance with GAAP. For the period from April 13, 2020 through May 14, 2020, the operations of LifeStance TopCo, L.P. (Successor) were limited to those incident to its formation and the acquisition of LifeStance by affiliates of TPG Global, LLC (the "TPG Acquisition"), which were not significant. Earnings from April 13 to May 14 were reflected in the Predecessor 2020 Period.

(2) Trailing twelve-month growth is calculated as the difference in revenue between July 1, 2020 – June 30, 2021 compared to July 1, 2019 – June 30, 2020[1].

(3) Includes stock and unit-based compensation of $29.5 million, a $10.0 million endowment to the LifeStance Health Foundation, and $8.1 million in Director and Officer insurance incurred in connection with the IPO. The increase in stock and unit-based compensation was primarily due to the modification of vesting terms of equity awards in connection with the IPO.

**Conference Call, Webcast Information, and Presentations**

LifeStance Health will hold a conference call today, August 11, at 5:00 p.m. Eastern Time to discuss second quarter 2021 results. Investors who wish to participate in the call should dial 1-888-660-0230, domestically, or 1-409-217-8218, internationally approximately 10 minutes before the call begins and provide conference ID number 4165046 or ask to be joined into the LifeStance Health call. A real-time audio webcast can be accessed via the Events and Presentations section of the LifeStance Health Investor Relations website (https://investor.lifestance.com), where related materials will be posted prior to the conference call.

**About LifeStance Health Group, Inc.**

Founded in 2017, LifeStance Health (NASDAQ: LFST) is reimagining mental health. We are one of the nation's largest providers of virtual and in-person outpatient mental health care for children, adolescents and adults experiencing a variety of mental health conditions. Our mission is to help people lead healthier, more fulfilling lives by improving access to trusted, affordable and personalized mental healthcare. LifeStance Health employs nearly 4,000 psychiatrists, advanced practice nurses, psychologists and therapists and operates across 31 states and 468 centers. To learn more, please visit www.LifeStance.com.

**Forward-Looking Statements**

Statements in this press release and on the related teleconference that express a belief, expectation or intention, as well as those that are not historical fact, are forward-looking statements. These statements include, but are not limited to, statements about the Company's financial position; business plans and objectives; general economic and industry trends; operating results; and working capital and liquidity and other statements contained in this presentation that are not historical facts. When used in this press release and on the related teleconference, words such as "may," "will," "should," "could," "intend," "potential," "continue," "anticipate," "believe," "estimate," "expect," "plan," "target," "predict," "project," "seek" and similar expressions as they relate to us are intended to identify forward-looking statements. They involve a number of risks and uncertainties that may cause actual events and results to differ materially from such forward-looking statements. These risks and uncertainties include, but are not limited to, we may not grow at the rates we historically have achieved or at all, even if our key metrics may imply future growth, including if we are unable to successfully execute on our growth initiatives and business strategies; if we fail to manage our growth effectively, our expenses could increase more than expected, our revenue may not increase proportionally or at all, and we may be unable to execute on our business strategy; if reimbursement rates paid by third-party payors are reduced or if third-party payors otherwise restrain our ability to obtain or deliver care to patients, our business could be harmed; we conduct business in a heavily regulated industry and if we fail to comply with these laws and government regulations, we could incur penalties or be required to make significant changes to our operations or experience adverse publicity, which could have a material adverse effect on our business, results of operations and financial condition; we are dependent on our relationships with affiliated practices, which we do not own, to provide health care services, and our business would be harmed if those relationships were disrupted or if our arrangements with these entities became subject to legal challenges; we operate in a competitive industry, and if we are not able to compete effectively, our business, results of operations and financial condition would be harmed; the impact of health care reform legislation and other changes in the healthcare industry and in health care spending on us is currently unknown, but may harm our business; if our or our vendors' security measures fail or are breached and unauthorized access to our employees', patients' or partners' data is obtained, our systems may be perceived as insecure, we may incur significant liabilities, including through private litigation or regulatory action, our reputation may be harmed, and we could lose patients and partners; our business depends on our ability to effectively invest in, implement improvements to and properly maintain the uninterrupted operation and data integrity of our information technology and other business systems; our existing indebtedness could adversely affect our business and growth prospects; and other risks and uncertainties set forth under "Risk Factors" in the final prospectus, dated June 9, 2021, for the Company's initial public offering. LifeStance does not undertake to update any forward-looking statements made in this press release to reflect any change in management's expectations or any change in the assumptions or circumstances on which such statements are based, except as otherwise required by law.

**Non-GAAP Financial Information**

This press release contains certain non-GAAP financial measures, including Center Margin, Adjusted EBITDA, and Adjusted EBITDA margin. Tables showing the reconciliation of these non-GAAP financial measures to the comparable GAAP measures are included at the end of this release. Management believes these non-GAAP financial measures are useful in evaluating the Company's operating performance, and may be helpful to securities analysts, institutional investors and other interested parties in understanding the Company's operating performance and prospects. These non-GAAP financial measures, as calculated, may not be comparable to companies in other industries or within the same industry with similarly titled measures of performance. Therefore, the Company's non-GAAP financial measures should be considered in addition to, not as a substitute for, or in isolation from, measures prepared in accordance with GAAP, such as net income (loss) or income (loss) from operations.

Center Margin and Adjusted EBITDA anticipated for 2021 are calculated in a manner consistent with the historical presentation of these measures at the end of this release. Reconciliations for our forward-looking Center Margin and Adjusted EBITDA guidance is not being provided, as LifeStance does not currently have sufficient data to accurately estimate the variables and individual adjustments for such reconciliations. LifeStance management therefore cannot estimate on a forward-looking basis without unreasonable effort the impact these variables and individual adjustments will have on its reported results.

Management acknowledges that there are many items that impact a company's reported results and the adjustments reflected in these non-GAAP measures are not intended to present all items that may have impacted these results.

# # # #

Consolidated Financial Information and Reconciliations

**CONSOLIDATED BALANCE SHEETS**
**(unaudited)**
*(In thousands, except for par value)*

| | Successor | |
|---|---|---|
| | June 30, 2021 | December 31, 2020 |
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $ 276,187 | $ 18,829 |
| Patient accounts receivable | 60,069 | 43,706 |
| Prepaid expenses and other current assets | 27,804 | 13,745 |
| Total current assets | 364,060 | 76,280 |
| NONCURRENT ASSETS | | |
| Property and equipment, net | 91,799 | 59,349 |
| Intangible assets, net | 316,534 | 332,796 |
| Goodwill | 1,138,734 | 1,098,659 |
| Deposits | 3,300 | 2,647 |
| Total noncurrent assets | 1,550,367 | 1,493,451 |
| Total assets | $ 1,914,427 | $ 1,569,731 |
| **LIABILITIES, REDEEMABLE UNITS AND STOCKHOLDERS'/MEMBERS' EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Accounts payable | $ 9,958 | $ 7,688 |
| Accrued payroll expenses | 50,380 | 38,024 |
| Other accrued expenses | 38,783 | 14,685 |
| Current portion of contingent consideration | 10,876 | 10,563 |
| Other current liabilities | 2,561 | 4,961 |
| Total current liabilities | 112,558 | 75,921 |
| NONCURRENT LIABILITIES | | |
| Long-term debt, net | 157,067 | 362,534 |
| Other noncurrent liabilities | 15,704 | 11,363 |
| Contingent consideration, net of current portion | 3,247 | 5,851 |
| Deferred tax liability, net | 81,219 | 81,226 |
| Total noncurrent liabilities | 257,237 | 460,974 |
| Total liabilities | $ 369,795 | $ 536,895 |
| COMMITMENT AND CONTINGENCIES (see Note 16) | | |
| REDEEMABLE UNITS | | |
| Redeemable Class A units – 0 and 35,000 units authorized, issued and outstanding as of June 30, 2021 and December 31, 2020, respectively | — | 35,000 |
| STOCKHOLDERS'/MEMBERS' EQUITY | | |
| Common units A-1 – 0 and 959,563 units authorized, issued and outstanding as of June 30, 2021 and December 31, 2020, respectively | — | 959,563 |
| Common units A-2 – 0 and 49,946 units authorized, issued and outstanding as of June 30, 2021 and December 31, 2020, respectively | — | 49,946 |
| Common units B – 0 and 179,000 units authorized as of June 30, 2021 and December 31, 2020, respectively; no units issued and outstanding as of June 30, 2021 and December 31, 2020 | — | — |
| Preferred stock – par value $0.01 per share; 25,000 and 0 shares authorized as of June 30, 2021 and December 31, 2020, respectively; no shares issued and outstanding as of June 30, 2021 and December 31, 2020 | — | — |
| Common stock – par value $0.01 per share; 800,000 and 0 shares authorized as of June 30, 2021 and December 31, 2020, respectively; 374,149 and 0 shares issued and outstanding as of June 30, 2021 and December 31, 2020, respectively | 3,742 | — |
| Additional paid-in capital | 1,669,480 | 1,452 |
| Accumulated deficit | (128,590) | (13,125) |
| Total stockholders'/members' equity | 1,544,632 | 997,836 |
| **Total liabilities, redeemable units and stockholders'/members' equity** | $ 1,914,427 | $ 1,569,731 |

**CONSOLIDATED STATEMENTS OF INCOME/(LOSS) AND COMPREHENSIVE INCOME/(LOSS)**

**(unaudited)**

*(In thousands, except for Net Loss per Share)*

| | Successor | | | Predecessor | |
|---|---|---|---|---|---|
| | Three months ended June 30, 2021 | Six months ended June 30, 2021 | April 13 to June 30, 2020* | April 1 to May 14, 2020 | January 1 to May 14, 2020 |
| TOTAL REVENUE | $ 160,549 | $ 303,681 | $ 45,453 | $ 38,555 | $ 111,661 |
| OPERATING EXPENSES | | | | | |
| Center costs, excluding depreciation and amortization shown separately below | 109,341 | 208,475 | 31,275 | 27,143 | 78,777 |
| General and administrative expenses | 85,479 | 118,130 | 8,642 | 7,192 | 20,854 |
| Depreciation and amortization | 12,774 | 25,002 | 5,432 | 1,160 | 3,335 |
| Total operating expenses | $ 207,594 | $ 351,607 | $ 45,349 | $ 35,495 | $ 102,966 |
| (LOSS) INCOME FROM OPERATIONS | $ (47,045) | $ (47,926) | $ 104 | $ 3,060 | $ 8,695 |
| OTHER INCOME (EXPENSE) | | | | | |
| (Loss) gain on remeasurement of contingent consideration | (250) | (557) | (51) | (32) | 322 |
| Transaction costs | (1,996) | (3,530) | (181) | (32,294) | (33,247) |
| Interest expense | (23,174) | (31,806) | (5,562) | (1,340) | (3,020) |
| Other expense | (1,356) | (1,445) | (22) | (14) | (14) |
| Total other expense | $ (26,776) | $ (37,338) | $ (5,816) | $ (33,680) | $ (35,959) |
| LOSS BEFORE INCOME TAXES | (73,821) | (85,264) | (5,712) | (30,620) | (27,264) |
| INCOME TAX BENEFIT | 3,788 | 6,549 | 1,370 | 3,022 | 2,319 |
| NET LOSS AND COMPREHENSIVE LOSS | $ (70,033) | $ (78,715) | $ (4,342) | $ (27,598) | $ (24,945) |
| Accretion of Redeemable Class A units | — | (36,750) | — | — | — |
| Accretion of Series A-1 redeemable convertible preferred units (Note 12) | — | — | — | (272,582) | (272,582) |
| Cumulative dividend on Series A redeemable convertible preferred units (Note 12) | — | — | — | (217) | (662) |
| NET LOSS AVAILABLE TO COMMON STOCKHOLDERS/MEMBERS | $ (70,033) | $ (115,465) | $ (4,342) | $ (300,397) | $ (298,189) |
| NET LOSS PER SHARE, BASIC AND DILUTED | (0.22) | (0.37) | (0.01) | | |
| Weighted-average shares used to compute basic and diluted net loss per share | 313,536 | 309,559 | 297,237 | | |

* For the period from April 13, 2020 through May 14, 2020, the operations of LifeStance TopCo, L.P. (Successor) were limited to those incident to its formation and the TPG Acquisition, which were not significant. Earnings from April 13 to May 14 were reflected in the Predecessor 2020 Period.

**CONSOLIDATED STATEMENTS OF CASH FLOWS**

**(unaudited)**

*(In thousands)*

| | Successor | | Predecessor |
|---|---|---|---|
| | Six months ended June 30, 2021 | April 13 to June 30, 2020* | January 1 to May 14, 2020 |
| CASH FLOWS FROM OPERATING ACTIVITIES | | | |
| Net loss | $ (78,715) | $ (4,342) | $ (24,945) |
| Adjustments to reconcile net loss to net cash (used in) provided by operating activities: | | | |
| Depreciation and amortization | 25,002 | 5,432 | 3,335 |
| Stock and unit-based compensation | 30,120 | 292 | — |
| Deferred income taxes | — | 2,866 | (2,345) |
| Loss on debt extinguishment | 5,620 | 3,066 | — |
| Amortization of debt issue costs | 1,081 | 135 | 215 |
| Loss (gain) on remeasurement of contingent consideration | 557 | 51 | (322) |
| Endowment of shares to LifeStance Health Foundation | 9,000 | — | — |
| Change in operating assets and liabilities, net of businesses acquired: | | | |
| Patient accounts receivable | (11,831) | (2,463) | (5,122) |
| Prepaid expenses and other current assets | (14,964) | (4,394) | (4,526) |
| Accounts payable | 2,261 | 891 | (1,638) |
| Accrued payroll expenses | 9,580 | (3,844) | 8,753 |
| Other accrued expenses | 15,283 | (35,007) | 40,031 |
| Net cash (used in) provided by operating activities | (7,006) | (37,317) | 13,436 |
| CASH FLOWS FROM INVESTING ACTIVITIES | | | |
| Purchases of property and equipment | (31,803) | (5,120) | (12,804) |
| Acquisition of Predecessor, net of cash acquired | — | (643,717) | — |
| Acquisitions of businesses, net of cash acquired | (39,126) | (22,376) | (12,274) |
| Net cash used in investing activities | (70,929) | (671,213) | (25,078) |
| CASH FLOWS FROM FINANCING ACTIVITIES | | | |
| Proceeds from initial public offering, net of underwriters discounts and commissions and deferred offering costs | 554,169 | — | — |
| Issuance of common units to new investors | 1,000 | — | — |
| Contributions from Members related to acquisition of Predecessor | — | 633,585 | — |
| Repurchase of Series A redeemable convertible preferred units | — | — | (1,000) |
| Proceeds from long-term debt | 98,800 | 235,900 | 74,350 |
| Payments of debt issue costs | (2,360) | (6,411) | (650) |
| Payments of long-term debt | (310,729) | (138,540) | (18,222) |
| Payments of contingent consideration | (5,587) | (2,200) | (19,093) |
| Net cash provided by financing activities | 335,293 | 722,334 | 35,385 |
| NET INCREASE IN CASH AND CASH EQUIVALENTS | 257,358 | 13,804 | 23,743 |
| Cash and Cash Equivalents - Beginning of period | 18,829 | — | 3,481 |
| CASH AND CASH EQUIVALENTS – END OF PERIOD | $ 276,187 | $ 13,804 | $ 27,224 |
| SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION | | | |
| Cash paid for interest and prepayment premium | $ 24,889 | $ 2,773 | $ 2,857 |
| Cash paid for taxes | $ 900 | $ — | $ 25 |
| SUPPLEMENTAL DISCLOSURES OF NON CASH INVESTING AND FINANCING ACTIVITIES | | | |
| Unpaid deferred offering costs included in accounts payable and other accrued expenses | $ 5,264 | $ — | $ — |
| Equipment financed through capital leases | $ 14 | $ 1 | $ 415 |
| Contingent consideration incurred in acquisitions of businesses | $ 2,739 | $ 3,191 | $ 3,788 |
| Acquisition of property and equipment included in liabilities | $ 10,233 | $ 2,694 | $ 2,718 |
| Issuance of common units for convertible promissory note conversion | $ — | $ 511 | $ — |
| Issuance of common units for acquisitions of businesses | $ 1,486 | $ 4,500 | $ — |

* For the period from April 13, 2020 through May 14, 2020, the operations of LifeStance TopCo, L.P. (Successor) were limited to those incident to its formation and the TPG Acquisition, which were not significant.

Earnings from April 13 to May 14 were reflected in the Predecessor 2020 Period.

**RECONCILIATION OF (LOSS) INCOME FROM OPERATIONS TO CENTER MARGIN**

| | Successor | | | Predecessor | |
|---|---|---|---|---|---|
| | Three months ended June 30, 2021 | Six months ended June 30, 2021 | April 13 to June 30, 2020 | April 1 to May 14, 2020 | January 1 to May 14, 2020 |
| *(in thousands)* | | | | | |
| (Loss) income from operations | $ (47,045) | $ (47,926) | $ 104 | $ 3,060 | $ 8,695 |
| Adjusted for: | | | | | |
| Depreciation and amortization | 12,774 | 25,002 | 5,432 | 1,160 | 3,335 |
| General and administrative expenses [1] | 85,479 | 118,130 | 8,642 | 7,192 | 20,854 |
| Center Margin | $ 51,208 | $ 95,206 | $ 14,178 | $ 11,412 | $ 32,884 |

(1) Represents salaries, wages and employee benefits for our executive leadership, finance, human resources, marketing, billing and credentialing support and technology infrastructure.

**RECONCILIATION OF NET LOSS TO ADJUSTED EBITDA**

| | Successor | | | Predecessor | |
|---|---|---|---|---|---|
| | Three months ended June 30, 2021 | Six months ended June 30, 2021 | April 13 to June 30, 2020 | April 1 to May 14, 2020 | January 1 to May 14, 2020 |
| *(in thousands)* | | | | | |
| Net loss | $ (70,033) | $ (78,715) | $ (4,342) | $ (27,598) | $ (24,945) |
| Adjusted for: | | | | | |
| Interest expense | 23,174 | 31,806 | 5,562 | 1,340 | 3,020 |
| Depreciation and amortization | 12,774 | 25,002 | 5,432 | 1,160 | 3,335 |
| Income tax benefit | (3,788) | (6,549) | (1,370) | (3,022) | (2,319) |
| Loss (gain) on remeasurement of contingent consideration | 250 | 557 | 51 | 32 | (322) |
| Stock and unit-based compensation | 29,515 | 30,120 | 292 | — | — |
| Management fees [1] | 1,356 | 1,445 | 16 | 14 | 14 |
| Loss on disposal of assets | — | — | 6 | — | — |
| Transaction costs [2] | 1,996 | 3,530 | 181 | 32,294 | 33,247 |
| Offering related costs [3] | 8,747 | 8,747 | — | — | — |
| Endowment to the LifeStance Health Foundation | 10,000 | 10,000 | — | — | — |
| Other expenses [4] | 544 | 1,176 | 182 | 228 | 635 |
| Adjusted EBITDA | $ 14,535 | $ 27,119 | $ 6,010 | $ 4,448 | $ 12,665 |

(1) Represents management fees paid to certain of our executive officers and affiliates of our principal stockholders pursuant to the management services agreement entered into in connection with the TPG Acquisition. The management services agreement terminated in connection with the IPO and Company were required to pay a one-time fee of $1.2 million to such parties.

(2) Primarily includes capital markets advisory, consulting, accounting and legal expenses related to our acquisitions and costs related to the TPG Acquisition. Of the transaction costs incurred in the period from January 1, 2020 to May 14, 2020 (Predecessor), $32.9 million relate to the TPG Acquisition.

(3) Primarily includes non-recurring incremental professional services, such as accounting and legal, and directors' and officers' insurance incurred in connection with the IPO.

(4) Primarily includes costs incurred to consummate or integrate acquired centers, certain of which are wholly-owned and certain of which are affiliated practices, in addition to the compensation paid to former owners of acquired centers and related expenses that are not reflective of the ongoing operating expenses of our centers. Acquired center integration, former owner fees, and other are components of general and administrative expenses included in our consolidated statement of income (loss). Impairment on loans is a component of center costs, excluding depreciation and amortization included in our consolidated statement of income (loss).

Exhibit 99.2







# Q2 2021
# Earnings Presentation

August 11, 2021



# Forward-Looking Statements

DISCLAIMERS

**Cautionary Note Regarding Forward-Looking Statements**

This presentation contains forward-looking statements about LifeStance Health Group, Inc. and its subsidiaries ("LifeStance") and the industry in which LifeStance operates, including statements regarding future results of operations and financial position of LifeStance, which are subject to known and unknown uncertainties and contingencies outside of LifeStance's control and which are largely based on our current expectations and projections about future events and financial trends that we believe may affect LifeStance's financial condition, results of operations, business strategy, and prospects. LifeStance's actual results, events, or circumstances may differ materially from these statements. Forward-looking statements include all statements that are not historical facts. Words such as "anticipate," "believe," "envision," "estimate," "expect," "intend," "may," "plan," "predict," "project," "target," "potential," "will," "would," "could," "should," "continue," "contemplate" and other similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain these identifying words. These forward-looking statements are subject to a number of risks, uncertainties, factors and assumptions, including, among other things: we may not grow at the rates we historically have achieved or at all, even if our key metrics may imply future growth, including if we are unable to successfully execute on our growth initiatives and business strategies; if we fail to manage our growth effectively, our expenses could increase more than expected, our revenue may not increase proportionally or at all, and we may be unable to execute on our business strategy; if reimbursement rates paid by third-party payors are reduced or if third-party payors otherwise restrain our ability to obtain or deliver care to patients, our business could be harmed; we conduct business in a heavily regulated industry and if we fail to comply with these laws and government regulations, we could incur penalties or be required to make significant changes to our operations or experience adverse publicity, which could have a material adverse effect on our business, results of operations and financial condition; we are dependent on our relationships with affiliated practices, which we do not own, to provide health care services, and our business would be harmed if those relationships were disrupted or if our arrangements with these entities became subject to legal challenges; we operate in a competitive industry, and if we are not able to compete effectively, our business, results of operations and financial condition would be harmed; the impact of health care reform legislation and other changes in the healthcare industry and in health care spending on us is currently unknown, but may harm our business; if our or our vendors' security measures fail or are breached and unauthorized access to our employees' patients' or partners' data is obtained, our systems may be perceived as insecure, we may incur significant liabilities, including through private litigation or regulatory action, our reputation may be harmed, and we could lose patients and partners; our business depends on our ability to effectively invest in, implement improvements to and properly maintain the uninterrupted operation and data integrity of our information technology and other business systems; our existing indebtedness could adversely affect our business and growth prospects; and the other factors set forth in our filings with the Securities and Exchange Commission. The forward-looking statements, together with statements relating to our past performance, should not be regarded as a reliable indicator of our future performance. We undertake no obligation to update any forward-looking statements made in this presentation to reflect events or circumstances after the date of this presentation or to reflect new information or the occurrence of unanticipated events, except as may be required by law. We may not actually achieve the plans, intentions, or expectations disclosed in our forward-looking statements, and you should not place undue reliance on our forward-looking statements. Our forward-looking statements do not reflect the potential impact of any future acquisitions, mergers, dispositions, joint ventures, or investments.

**Use of Non-GAAP Financial Measures**

In addition to financial measures presented in accordance with U.S. generally accepted accounting principles ("GAAP"), this presentation includes certain non-GAAP financial measures, including Center Margin and Adjusted EBITDA. These non-GAAP measures are in addition to, and not a substitute for, or superior to, measures of financial performance prepared in accordance with U.S. GAAP. The non-GAAP financial measures used by LifeStance may differ from the non-GAAP financial measures used by other companies. A reconciliation of these measures to the most directly comparable U.S. GAAP measure is included in the Appendix to these slides or as otherwise described in these slides.

**Market and Industry Data**

This presentation also contains information regarding our market and industry that is derived from third-party research and publications. This information involves a number of assumptions and limitations. While we believe the information in this presentation is generally reliable, forecasts, assumptions, expectations, beliefs, estimates and projections involve risk and uncertainties and are subject to change based on various factors.



2



## Mike Lester

President, Chief Executive Officer and Co-Founder



# LifeStance Health – Successful IPO



**LFST**

NASDAQ
Ticker

**June 10, 2021**

Trading Date

**46M**

Shares Offered

**$18**

Offering Price
(upsized from $15-$17)

**$8.2B**

First Day Closing
Market Cap

**$22**

First Day Closing Price
(up 22%)



4

# Today's Presenters



### Mike Lester

President, Chief Executive Officer
and Co-Founder



### Danish Qureshi

Chief Growth Officer
and Co-Founder



### J. Michael Bruff

Chief Financial Officer



5

# Key Highlights



## Q2 Overview

- Revenue of **$160.5 million** increased **$76.5 million** or 91%[2] year over year

- Total clinicians of 3,975 **up 94% year over year**, including 674 net clinician adds in the second quarter

- Adjusted EBITDA[1] of **$14.5 million** increased **$4.1 million** or 39%[2] year over year

- Strong balance sheet with a **cash position of $276 million**

- Established the **LifeStance Health Foundation** with initial endowment of $10 million



1. Adjusted EBITDA is a non-GAAP financial measure. See "Appendix" for a reconciliation to net income (loss).

2. Reflects a year over year comparison to the same period in the prior year which includes the summation of the Predecessor Period April 1 to May 14, 2020 and Successor Period of April 13 to June 30, 2020. This is not intended to be a substitute for financial reporting periods presented in accordance with GAAP. For the period from April 13, 2020 through May 14, 2020, the operations of LifeStance TopCo, L.P. (Successor) were limited to those incident to its formation and the acquisition of LifeStance by affiliates of TPG Global, LLC (the "TPG Acquisition"), which were not significant. Earnings from April 13 to May 14 were reflected in the Predecessor 2020 Period.

6

# Company Snapshot

| 2017 | Scottsdale, AZ | $524M |
|------|----------------|-------|
| Founded in | Headquarters | TTM Revenue |

**Building the Nation's Leading Outpatient Mental Health Platform**

National Platform with Unmatched Scale
Operating **450+ centers** in **31 states**

Employed Clinician Model
**3,975** Clinicians

Disruptive Tech-Enabled Platform
**80 patient net promoter score**[1] and **80% digital engagement**[2]
Patient-centered hybrid virtual and in-person care model

In-Network Reimbursement
**~90%** revenue mix from commercial in-network
reimbursement with **over 200 commercial payors**[2]

Revenue (in $M)



CAGR: 94%

$100    $213    $377

1    2    3

Adjusted EBITDA[3] (in $M)

CAGR: 179%

$6.5    $24.4    $50.1

1    2    3

— Adj. EBITDA Margin

## Well-Positioned for Continued Market Share Gains in the $116B Mental Health Market


**LifeStance** HEALTH

1. NPS defined as "Net Promoter Score" refers to a measure of patient satisfaction widely used in the behavioral health care industry, calculated based on responses to patient surveys administered following a patient's appointment from January 14, 2021 through March 31, 2021
2. As of December 31, 2020, measured on an annual basis.
3. Adjusted EBITDA is a non-GAAP financial measures. See "Appendix" for reconciliation to net income (loss).

7

# We are Mission-Driven

## Our Vision

A truly healthy society where mental and physical healthcare are unified to make lives better

## Our Mission

To help people lead healthier, more fulfilling lives by improving access to trusted, affordable, and personalized mental healthcare

## Our Values

### Delivering Compassion

We care for people unconditionally and act with empathy always

### Building Relationships

We are collaborative, building enduring relationships to achieve more together

### Celebrating Difference

We respect the diversity of every individual's lived experiences


LifeStance HEALTH

8

# We Remain Committed to Corporate Responsibility



## Improving Health Care

- The work we do contributes to greater societal **health and well-being**, as well as **reduced inequalities**
- **Increasing access** to high-quality, affordable care
- **Improving** mental and physical outcomes



## Diversity & Inclusion

- Established National **Diversity, Equity and Inclusion (DEI) Committee**
- **50% of Executive Leadership Team diverse** by gender or race/ethnicity
- **Majority** of our clinicians are female



## Social Good & Economic Growth

- **Reducing work days and $ lost** due to mental illness
- **Annual retention higher** than industry benchmarks
- 97% of our **clinicians feel they are helping patients**
- Investing in **clinician education**



## Corporate Giving

- Established the **LifeStance Health Foundation** in furtherance of our mission to improve patient access, enhance outcomes and lower overall health care costs
- **$10 million initial endowment**

### We are Reimagining Mental Health



Note: Our efforts contribute to advancing several UN Sustainable Development Goals (SDGs), including SDG 3: Good Health and Well-Being; SDG 5: Gender Equality; SDG 8: Decent Work and Economic Growth; and SDG 10: Reduce Inequalities.

9

# LifeStance Health Foundation

- Announced a **partnership with The Mental Health Coalition** to end the stigma around mental health conditions and support our shared vision of a truly healthy society.

- **Complements "No Face" campaign;** join the movement to destigmatize mental health by uploading a selfie on Instagram with the hashtag **#Not1Face**.

- Donated **$30,000 to the U.S. Olympic & Paralympic Foundation** in support of athletes demonstrating that mental health and physical health are equally important.







# Danish Qureshi

Chief Growth Officer and Co-Founder



11

# Our Growth Strategy



**1** Expand into New Markets

- **31 states** in total, operating as a leading national provider
- **5 states** added in Q2'21



**2** Build Market Density

- **3,975 clinicians** in total (674 added in Q2'21)
- **183 de novos** opened since inception (35 in Q2'21)
- **64 acquisitions** completed since inception (10 in Q2'21)



**3** Digital Services

- **80% digital patient engagement**[1], with virtual care offered in all 31 states to the entire statewide population

## Multiple Growth Opportunities

- **Industry Tailwinds:** $116B TAM in 2020 going to $215B by 2025, representing a 14% CAGR

- **Significant White Space:** Less than 1% penetration of a 650K clinician market; Less than 1% penetration in patient demand (350K+ patients in a market of 51M)

- **Next Growth Horizons:** Confidence in our long-term growth is reinforced by our investment today in innovative programs with value-based models, employer-based pilot programs, and integrated care

### A Powerful Growth Engine to Enable Market Share Gains


LifeStance HEALTH

1. As of December 31, 2020, measured on an annual basis.

12

# Continued Geographic Expansion – 31 States Total



### National Platform with Unmatched Scale

- Operating in 31 states as a leading national provider
- 450+ centers nationwide

Through Q1'21
New in Q2'21

LifeStance
HEALTH

13

# Market Update



14



# J. Michael Bruff

Chief Financial Officer

 LifeStance
HEALTH

15

# Quarterly Trends – Key Operating Metrics



**Clinicians**

+94%

- Consistent quarterly growth driven by recruiting and hiring, as well as acquisitions
- Strong and differentiated clinician value proposition
- Less than 1% market penetration



**Revenue** (in $M)

+91%[1]

- Growing clinician base driving sustained revenue performance trend
- The immense TAM provides significant opportunity for future growth



**Center Margin[2]**

+100%[1]

$25.6    $33.1    $39.0    $44.0    $51.2
30.5%    32.5%    33.0%    30.7%    31.9%

─●─Series2

- Primarily driven by growth in the clinician base and ramp of newer clinicians in de novo vintages



**Adjusted EBITDA[2]** (in $M)

+39%[1]

$10.5    $15.0    $16.5    $12.6    $14.5
                          8.8%     9.1%

─●─Series2

- Growth in clinicians combined with center-level economics generate growth in Adjusted EBITDA
- 2021 EBITDA performance reflects an increase in investments in growth drivers, infrastructure and a transition to public company operations

## Clinicians, Revenue, and Center Margin all approximately doubled year over year



LifeStance HEALTH

1. Reflects a year over year comparison to the same period in the prior year which includes the summation of the predecessor period April 1 to May 14, 2020 and successor period of April 13 to June 30, 2020. This is not intended to be a substitute for financial reporting periods presented in accordance with GAAP. For the period from April 13, 2020 through May 14, 2020, the operations of successor were limited to those incident to its formation and the acquisition of LifeStance by affiliates of TPG Global, LLC, which were not significant. Earnings from April 13 to May 14 are reflected in the predecessor 2020 period.

2. Center Margin and Adjusted EBITDA are non-GAAP financial measures. See "Appendix" for reconciliations to income (loss) from operations and net income (loss), respectively.

16

# Balance Sheet Highlights and Operating Cash Flow



**$276.2M**

Cash and
Cash Equivalents

**$158.7M**

Long-term Debt

**($7.0)M**

Operating Cash Flow
(YTD[1])

**$31.8M**

Capital Expenditures (YTD[1])

1. YTD is January 1, 2021 to June 30, 2021.



17

# Initiating 2021 Guidance

|  | Full Year 2020A | 1st Half 2021A | Q3 2021E | Q4 2021E | Full Year 2021E |
|---|---|---|---|---|---|
| Revenue | $377M | $304M | $168 - $173M | $196 - $201M | $668 - $678M |
| Center Margin[1] | $119M | $95M | $47 - $52M | $56 - $61M | $198 - $208M |
| Adj. EBITDA[1] | $50M | $27M | $8 - $11M | $12 - $15M | $47 - $53M |

### Key Assumptions

- Net impact of lower clinician retention rates and higher clinician growth  $7 – $9M
- Incremental investments in infrastructure and operations to support growth      $8 – $10M

1.  Center Margin and Adjusted EBITDA anticipated in 2021 are calculated in a manner consistent with the historical presentation of these measures included in the Appendix. Reconciliations for our forward-looking Center Margin and Adjusted EBITDA guidance are not being provided, as LifeStance does not currently have sufficient data to accurately estimate the variables and individual adjustments for such reconciliations. LifeStance management therefore cannot estimate on a forward-looking basis without unreasonable effort the impact these variables and individual adjustments will have on its reported results.



18

# Closing Remarks



19



Appendix



20

# Quarterly Income Statement (GAAP)

| ($M) | 2021 Q2 | 2021 Q1 | 2020 Q4 | 2020 Q3 | 2020 Successor[1] | 2020 Predecessor[1] | 2020 Q1 |
|---|---|---|---|---|---|---|---|
| **Total Revenues** | $160.5 | $143.1 | $118.1 | $102.0 | $45.4 | $38.6 | $73.1 |
| **Operating expenses** | | | | | | | |
| Center costs, excluding depreciation and amortization | 109.3 | 99.1 | 79.1 | 68.8 | 31.3 | 27.1 | 51.6 |
| General and administrative | 85.5 | 32.7 | 23.7 | 19.5 | 8.6 | 7.2 | 13.7 |
| Depreciation and amortization | 12.8 | 12.2 | 11.4 | 10.9 | 5.4 | 1.2 | 2.2 |
| **Income (loss) from operations** | (47.0) | (0.9) | 3.9 | 2.7 | 0.1 | 3.1 | 5.6 |
| **Other income (expense)** | | | | | | | |
| Gain (loss) on remeasurement of contingent consideration | (0.3) | (0.3) | (0.6) | 0.1 | - | (0.0) | 0.4 |
| Transaction costs | (2.0) | (1.5) | (3.1) | (0.7) | (0.2) | (32.3) | (1.0) |
| Interest expense | (23.2) | (8.6) | (7.1) | (6.4) | (5.6) | (1.3) | (1.7) |
| Other expense | (1.4) | (0.1) | (0.2) | (0.0) | (0.0) | (0.0) | - |
| Total other expense | (26.8) | (10.6) | (11.0) | (7.1) | (5.8) | (33.7) | (2.3) |
| **Loss (income) before taxes** | (73.8) | (11.4) | (7.1) | (4.4) | (5.7) | (30.6) | 3.4 |
| Income tax benefit (provision) | 3.8 | 2.8 | 1.6 | 1.1 | 1.4 | 3.0 | (0.7) |
| **Net (loss) income and comprehensive (loss) income** | ($70.0) | ($8.7) | ($5.5) | ($3.3) | ($4.3) | ($27.6) | $2.7 |

1. Successor Period is April 13 to June 30, 2020, Predecessor Period is April 1 to May 14, 2020.

Note: For the period from April 13, 2020 through May 14, 2020, the operations of LifeStance TopCo, L.P. (Successor) were limited to those incident to its formation and the TPG Acquisition, which were not significant. Earnings from April 13 to May 14 were reflected in the Predecessor 2020 Period.

Due to rounding, some figures may not foot in the schedule above.

 LifeStance HEALTH

# GAAP to Non-GAAP Reconciliations – Center Margin

| (\$M) | 2021 | | 2020 | | | | |
|---|---|---|---|---|---|---|---|
| | Q2 | Q1 | Q4 | Q3 | Successor[1] | Predecessor[1] | Q1 |
| Income (loss) from operations | (\$47.0) | (\$0.9) | \$3.9 | \$2.7 | \$0.1 | \$3.1 | \$5.6 |
| Adjusted for: | | | | | | | |
| Depreciation and amortization | 12.8 | 12.2 | 11.4 | 10.9 | 5.4 | 1.2 | 2.2 |
| General and administrative | 85.5 | 32.7 | 23.7 | 19.5 | 8.6 | 7.2 | 13.7 |
| Center Margin | \$51.2 | \$44.0 | \$39.0 | \$33.1 | \$14.1 | \$11.4 | \$21.5 |

1. Successor Period is April 13 to June 30, 2020, Predecessor Period is April 1 to May 14, 2020.

Due to rounding, some figures may not foot in the schedule above.

 LifeStance HEALTH

22

# GAAP to Non-GAAP Reconciliations – Adjusted EBITDA

| ($M) | 2021 Q2 | 2021 Q1 | 2020 Q4 | 2020 Q3 | 2020 Successor* | 2020 Predecessor* | 2020 Q1 | 2020 Successor* | 2020 Predecessor* | 2019 FY | 2018 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income (loss) | ($70.0) | ($8.7) | ($5.5) | ($3.3) | ($4.3) | ($27.6) | $2.7 | ($13.1) | ($24.9) | $5.7 | ($1.1) |
| Adjusted for: | | | | | | | | | | | |
| Interest expense | 23.2 | 8.6 | 7.1 | 6.4 | 5.8 | 1.3 | 1.7 | 19.1 | 3.0 | 5.4 | 0.5 |
| Depreciation and amortization | 12.8 | 12.2 | 11.4 | 10.9 | 5.4 | 1.2 | 2.2 | 27.7 | 3.3 | 8.1 | 2.7 |
| Income tax (benefit) provision | (3.8) | (2.8) | (1.8) | (1.1) | (1.4) | (3.0) | 0.7 | (4.0) | (2.3) | 2.2 | 5.4 |
| Loss (gain) on remeasurement of contingent consideration | 0.3 | 0.3 | 0.8 | (0.1) | - | 0.0 | (0.4) | 0.5 | (0.3) | (0.2) | (2.5) |
| Stock and unit-based compensation | 29.5 | 0.6 | 0.8 | 0.8 | 0.3 | - | - | 1.5 | - | 0.1 | 0.2 |
| Management fees (1) | 1.4 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | - | 0.1 | 0.0 | - | - |
| Loss on disposal of assets | - | - | 0.1 | 0.0 | 0.0 | - | - | 0.1 | - | 0.0 | - |
| Transaction costs (2) | 2.0 | 1.5 | 3.1 | 0.7 | 0.2 | 32.3 | 1.0 | 3.9 | 33.2 | 2.2 | 0.5 |
| Offering related costs (3) | 8.7 | - | - | - | - | - | - | - | - | - | - |
| Endowment to the LifeStance Health Foundation | 10.0 | - | - | - | - | - | - | - | - | - | - |
| Other expenses (4) | 0.5 | 0.6 | 0.8 | 0.8 | 0.2 | 0.2 | 0.4 | 1.8 | 0.8 | 3.0 | 0.7 |
| Adjusted EBITDA | $14.5 | $12.6 | $16.5 | $15.0 | $6.0 | $4.4 | $8.2 | $37.4 | $12.7 | $24.4 | $6.5 |

(1)  Represents management fees paid to certain of our executive officers and affiliates of our principal stockholders pursuant to the management services agreement entered into in connection with the acquisition of LifeStance by affiliates of TPG Global, LLC ( the "TPG Acquisition"). The management services agreement terminated in connection with the IPO and Company were required to pay a one-time fee of $1.2 million to such parties.

(2)  Primarily includes capital markets advisory, consulting, accounting and legal expenses related to our acquisitions and costs related to the TPG Acquisition. Of the transaction costs incurred in the period from January 1, 2020 to May 14, 2020 (Predecessor), $32.9 million relate to the TPG Acquisition.

(3)  Primarily includes non-recurring incremental professional services, such as accounting and legal, and directors' and officers' insurance incurred in connection with the IPO.

(4)  Primarily includes costs incurred to consummate or integrate acquired centers, certain of which are wholly-owned and certain of which are affiliated practices, in addition to the compensation paid to former owners of acquired centers and related expenses that are not reflective of the ongoing operating expenses of our centers. Acquired center integration, former owner fees, and other are components of general and administrative expenses included in our consolidated statement of income (loss). Impairment on loans is a component of center costs, excluding depreciation and amortization included in our consolidated statement of income (loss).

(5)  Successor Period is April 13 to June 30, 2020, Predecessor Period is April 1 to May 14, 2020.

(6)  Successor Period is April 13 to December 31, 2020, Predecessor Period is January 1 to May 14, 2020.

Due to rounding, some figures may not foot in the schedule above.


LifeStance HEALTH

23

# Quarterly Non-GAAP Financial Metrics

| ($M) | 2021 | | 2020 | | | | |
|---|---|---|---|---|---|---|---|
| | Q2 | Q1 | Q4 | Q3 | Successor[1] | Predecessor[1] | Q1 |
| **Key Metrics** | | | | | | | |
| Clinicians | 3,975 | 3,301 | 3,097 | 2,539 | nq | nq | 1,734 |
| Total Revenues | $160.5 | $143.1 | $118.1 | $102.0 | $45.4 | $38.6 | $73.1 |
| Center costs | 109.3 | 99.1 | 79.1 | 68.8 | 31.3 | 27.1 | 51.6 |
| Center Margin (Non-GAAP) | $51.2 | $44.0 | $39.0 | $33.1 | $14.1 | $11.4 | $21.5 |
| *% Margin* | *31.9%* | *30.7%* | *33.0%* | *32.5%* | *31.1%* | *29.6%* | *29.4%* |
| General and administrative | 85.5 | 32.7 | 23.7 | 19.5 | 8.6 | 7.2 | 13.7 |
| Depreciation and amortization | 12.8 | 12.2 | 11.4 | 10.9 | 5.4 | 1.2 | 2.2 |
| Income (loss) from operations | (47.0) | (0.9) | 3.9 | 2.7 | 0.1 | 3.1 | 5.6 |
| Other income (expenses) | | | | | | | |
| Other income (expenses) | (23.0) | (7.8) | (9.4) | (6.0) | (4.4) | (30.7) | (3.0) |
| Net (loss) income | ($70.0) | ($8.7) | ($5.5) | ($3.3) | ($4.3) | ($27.6) | $2.7 |
| **Adjusted EBITDA Build** | | | | | | | |
| Net (loss) income | (70.0) | (8.7) | (5.5) | (3.3) | (4.3) | (27.6) | 2.7 |
| Interest expense | 23.2 | 8.6 | 7.1 | 6.4 | 5.6 | 1.3 | 1.7 |
| Depreciation and amortization | 12.8 | 12.2 | 11.4 | 10.9 | 5.4 | 1.2 | 2.2 |
| Income tax (benefit) provision | (3.8) | (2.8) | (1.6) | (1.1) | (1.4) | (3.0) | 0.7 |
| Loss (gain) on remeasurement of contingent consideration | 0.3 | 0.3 | 0.6 | (0.1) | - | 0.0 | (0.4) |
| Share/unit-based compensation | 29.5 | 0.6 | 0.6 | 0.6 | 0.3 | - | - |
| Management fees | 1.4 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | - |
| Loss on disposal of assets | - | - | 0.1 | 0.0 | 0.0 | - | - |
| Transaction costs | 2.0 | 1.5 | 3.1 | 0.7 | 0.2 | 32.3 | 1.0 |
| Offering related costs | 8.7 | - | - | - | - | - | - |
| Endowment to the LifeStance Health Foundation | 10.0 | - | - | - | - | - | - |
| Other expenses | 0.5 | 0.6 | 0.6 | 0.8 | 0.2 | 0.2 | 0.4 |
| Adjusted EBITDA (Non-GAAP) | $14.5 | $12.6 | $16.5 | $15.0 | $6.0 | $4.4 | $8.2 |
| *% Margin* | *9.1%* | *8.8%* | *13.9%* | *14.7%* | *13.1%* | *11.5%* | *11.2%* |



1. Successor Period is April 13 to June 30, 2020, Predecessor Period is April 1 to May 14, 2020.

Due to rounding, some figures may not foot in the schedule above.

24

# Quarterly Balance Sheet

| (\$M) | 2021 | | 2020 | | | |
|---|---|---|---|---|---|---|
| | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 |
| Cash and cash equivalents | 276.2 | 39.5 | 18.8 | 25.1 | 13.8 | 20.3 |
| Patient accounts receivable | 60.1 | 47.8 | 43.7 | 34.3 | 31.0 | 25.2 |
| Prepaid expenses and other current assets | 27.8 | 22.3 | 13.7 | 16.1 | 14.0 | 9.0 |
| Total current assets | 364.1 | 109.6 | 76.3 | 75.4 | 58.8 | 54.5 |
| Property and equipment, net | 91.8 | 70.8 | 59.3 | 47.5 | 39.7 | 31.2 |
| Intangible assets, net | 316.5 | 323.3 | 332.8 | 334.0 | 342.8 | 15.8 |
| Goodwill | 1,138.7 | 1,099.7 | 1,098.7 | 963.0 | 951.3 | 224.3 |
| Deposits | 3.3 | 2.9 | 2.6 | 2.1 | 2.0 | 1.7 |
| Total noncurrent assets | 1,550.4 | 1,496.7 | 1,493.5 | 1,346.5 | 1,335.8 | 273.0 |
| Total assets | \$1,914.4 | \$1,606.3 | \$1,569.7 | \$1,422.0 | \$1,394.6 | \$327.5 |
| Accounts payable | 10.0 | 5.9 | 7.7 | 4.4 | 4.3 | 3.5 |
| Accrued payroll expenses | 50.4 | 45.4 | 38.0 | 30.5 | 23.9 | 21.4 |
| Other accrued expenses | 38.8 | 25.7 | 14.7 | 12.5 | 12.4 | 13.5 |
| Current portion of contingent consideration | 10.9 | 14.9 | 10.6 | 8.1 | 7.1 | 23.5 |
| Other current liabilities | 2.6 | 4.9 | 5.0 | 2.8 | 2.8 | 1.0 |
| Total current liabilities | 112.6 | 96.8 | 75.9 | 58.2 | 50.5 | 62.9 |
| Long-term debt, net | 157.1 | 387.3 | 362.5 | 227.1 | 227.4 | 113.5 |
| Other noncurrent liabilities | 15.7 | 14.2 | 11.4 | 12.9 | 11.1 | 9.0 |
| Contingent consideration, net of current portion | 3.2 | 1.1 | 5.9 | 3.7 | 3.9 | 3.0 |
| Deferred tax liability, net | 81.2 | 81.2 | 81.2 | 85.4 | 85.4 | 0.9 |
| Total noncurrent liabilities | 257.2 | 483.8 | 461.0 | 329.1 | 327.8 | 126.4 |
| Total liabilities | \$369.8 | \$580.5 | \$536.9 | \$387.3 | \$378.3 | \$189.3 |
| Redeemable units | - | 71.8 | 35.0 | 35.0 | 35.0 | - |
| Stockholders' / Members' equity | 3.7 | 1,010.5 | 1,009.5 | 1,006.4 | 985.4 | 302.4 |
| Additional paid-in capital | 1,669.5 | 2.1 | 1.5 | 0.9 | 0.3 | (0.0) |
| Accumulated deficit | (128.6) | (58.6) | (13.1) | (7.6) | (4.3) | (164.2) |
| Total stockholders'/members' equity | 1,544.6 | 954.0 | 997.8 | 999.6 | 981.4 | 138.2 |
| Total liabilities, redeemable units and stockholders'/members' equity | \$1,914.4 | \$1,606.3 | \$1,569.7 | \$1,422.0 | \$1,394.6 | \$327.5 |


LifeStance HEALTH

Due to rounding, some figures may not foot in the schedule above.

# GAAP Statement of Cash Flows

| ($.M) | Successor | | Predecessor | |
| --- | --- | --- | --- | --- |
| | Six months ended June 30, 2021 | April 13 to June 30, 2020 | January 1 to May 14, 2020 | 2019 FY |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | | |
| Net loss | (78.7) | (4.8) | (24.8) | 6.7 |
| Adjustments to reconcile net loss to net cash (used in) provided by operating activities: | | | | |
| Depreciation and amortization | 25.0 | 5.4 | 3.3 | 6.1 |
| Stock and unit-based compensation | 30.1 | 0.3 | - | 0.1 |
| Deferred income taxes | - | 2.9 | (2.3) | 1.8 |
| Loss on debt extinguishment | 5.6 | 3.1 | - | - |
| Amortization of debt issue costs | 1.1 | 0.1 | 0.2 | 0.7 |
| Loss (gain) on remeasurement of contingent consideration | 0.6 | 0.1 | (0.3) | (0.2) |
| Endowment of shares to LifeStance Health Foundation | 9.0 | - | - | - |
| Change in operating assets and liabilities, net of businesses acquired: | | | | |
| Patient accounts receivable | (11.8) | (2.5) | (5.1) | (5.8) |
| Prepaid expenses and other current assets | (15.0) | (4.4) | (4.9) | (2.2) |
| Accounts payable | 2.3 | 0.9 | (1.8) | 2.5 |
| Accrued payroll expenses | 9.6 | (3.8) | 8.8 | 5.2 |
| Other accrued expenses | 15.3 | (35.0) | 40.0 | 3.2 |
| Net cash (used in) provided by operating activities | (7.0) | (37.3) | 13.4 | 17.0 |
| | | | | |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | | |
| Purchases of property and equipment | (31.8) | (5.1) | (12.8) | (14.3) |
| Acquisition of Predecessor, net of cash acquired | - | (643.7) | - | - |
| Acquisitions of businesses, net of cash acquired | (39.1) | (22.4) | (12.3) | (59.1) |
| Net cash used in investing activities | (70.8) | (671.2) | (26.1) | (73.4) |
| | | | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | | |
| Proceeds from initial public offering, net of underwriters discounts and commissions and deferred offering costs | 554.2 | - | - | - |
| Issuance of common units to new investors | 1.0 | - | - | - |
| Contributions from Members related to acquisition of Predecessor | - | 633.6 | - | - |
| Repurchase of Series A redeemable convertible preferred units | - | - | (1.1) | - |
| Proceeds from long-term debt | 98.8 | 235.9 | 74.4 | 55.9 |
| Payments of debt issue costs | (2.4) | (5.4) | (0.7) | (2.0) |
| Payments of long-term debt | (310.7) | (138.5) | (18.2) | (0.5) |
| Payments of contingent consideration | (5.9) | (2.2) | (19.1) | (5.0) |
| Net cash provided by financing activities | 336.3 | 722.3 | 36.4 | 48.5 |
| | | | | |
| **NET INCREASE IN CASH AND CASH EQUIVALENTS** | 267.4 | 18.8 | 23.7 | (7.8) |
| Cash and Cash Equivalents - Beginning of period | 18.8 | - | 3.5 | 11.3 |
| CASH AND CASH EQUIVALENTS – END OF PERIOD | 276.2 | 18.8 | 27.2 | 3.5 |


LifeStance HEALTH

Due to rounding, some figures may not foot in the schedule above

26