UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

NIZAR S. NAYANI, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

    vs.

LIFESTANCE HEALTH GROUP, INC.
MICHAEL K. LESTER, J. MICHAEL
BRUFF, ROBERT BESSLER, DARREN
BLACK, JEFFREY CRISAN, WILLIAM
MILLER, JEFFREY RHODES, ERIC
SHUEY, KATHERINE WOOD, MORGAN
STANLEY & CO. LLC, GOLDMAN SACHS
& CO. LLC, J.P. MORGAN SECURITIES
LLC, JEFFERIES LLC, TPG CAPITAL BD,
LLC, UBS SECURITIES LLC, and WILLIAM
BLAIR & COMPANY, L.L.C.,

              Defendants.

——————————————————————— x

: Civil Action No. 1:22-cv-06833-JSR

: CLASS ACTION

: DECLARATION OF MARK T. MILLKEY
: IN SUPPORT OF LEAD PLAINTIFF'S
: OPPOSITION TO DEFENDANTS' JOINT
: MOTION TO DISMISS THE AMENDED
: COMPLAINT FOR VIOLATIONS OF THE
: SECURITIES ACT OF 1933

I, Mark T. Millkey, declare, under penalty of perjury:

1.      I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, counsel to lead plaintiff Nizar S. Nayani ("Lead Plaintiff") in the above-captioned action, and I am admitted to practice before this Court. I have personal knowledge of this matter and am familiar with the facts and documents referenced herein and in the accompanying memorandum of law. I respectfully submit this declaration in support of Lead Plaintiff's opposition to Defendants' joint motion to dismiss the Amended Complaint for violations of the Securities Act of 1933.

2.      Attached hereto as Exhibit A is a true and accurate copy of a relevant excerpt from the Transcript of Oral Argument in *Louisiana Municipal Police Employees Retirement System v. Merrill Lynch & Co.*, No. 1:08-cv-09063 (JSR) (S.D.N.Y. Feb. 19, 2009).

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 17th day of February, 2023, in Melville, New York.

*/s/ Mark T. Millkey*

MARK T. MILLKEY