UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIZAR S. NAYANI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>-v-<br><br>LIFESTANCE HEALTH GROUP, INC., MICHAEL K. LESTER, J. MICHAEL BRUFF, ROBERT BESSLER, DARREN BLACK, JEFFREY CRISAN, WILLIAM MILLER, JEFFREY RHODES, ERIC SHUEY, KATHERINE WOOD, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TPG CAPITAL BD, LLC, UBS SECURITIES LLC, and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>        Defendants. | 22-cv-6833 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    This is a putative class action filed by plaintiff Nizar Nayani against defendants LifeStance Health Group, Inc. ("LifeStance"), a firm that provides mental health services, nine of LifeStance's officers and directors, and seven underwriters of LifeStance's initial public offering. The complaint alleges that LifeStance filed a materially inaccurate registration statement in preparation for its initial public offering.

    On January 18, 2023, defendants moved to dismiss the complaint. Upon consideration of the parties' written submissions and oral argument, the Court hereby denies defendants' motion. An opinion explaining the reasoning for this decision will follow in due course.

The parties are instructed to submit a joint proposed case management plan by no later than 5:00 PM on April 14, 2023.

The Clerk is respectfully directed to close entry number 46 on the docket of this case.

SO ORDERED.

New York, NY
April 10, 2023

JED S. RAKOFF, U.S.D.J.