UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ──────────────────── x | | |
| NIZAR S. NAYANI, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:22-cv-06833-JSR |
| | : | |
| Plaintiff, | : | CLASS ACTION |
| | : | |
| | : | DECLARATION OF MICHAEL G. CAPECI |
| vs. | : | IN SUPPORT OF LEAD PLAINTIFF'S |
| | : | MOTION FOR CLASS CERTIFICATION |
| LIFESTANCE HEALTH GROUP, INC., | : | AND APPOINTMENT OF CLASS |
| MICHAEL K. LESTER, J. MICHAEL | : | REPRESENTATIVE AND CLASS |
| BRUFF, ROBERT BESSLER, DARREN | : | COUNSEL |
| BLACK, JEFFREY CRISAN, WILLIAM | : | |
| MILLER, JEFFREY RHODES, ERIC | : | |
| SHUEY, KATHERINE WOOD, MORGAN | : | |
| STANLEY & CO. LLC, GOLDMAN SACHS | : | |
| & CO. LLC, J.P. MORGAN SECURITIES | : | |
| LLC, JEFFERIES LLC, TPG CAPITAL BD, | : | |
| LLC, UBS SECURITIES LLC, and WILLIAM | : | |
| BLAIR & COMPANY, L.L.C., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| ──────────────────── x | | |

I, Michael G. Capeci, declare as follows:

1.    I am a partner with Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff

Nizar S. Nayani ("Lead Plaintiff"), and am admitted to practice before this Court.  I respectfully

submit this Declaration in Support of Lead Plaintiff's Motion for Class Certification and

Appointment of Class Representative and Class Counsel.

2.    Attached hereto as Exhibit A is a true and correct copy of excerpts of the Form 10-Q

filed by LifeStance Health Group, Inc. with the SEC on May 10, 2023.

3.    Attached hereto as Exhibit B is a true and correct copy of the firm résumé of Robbins

Geller Rudman & Dowd LLP.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 2nd day of June 2023 at Melville, New York.

*/s/ Michael G. Capeci*
MICHAEL G. CAPECI