**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NIZAR S. NAYANI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIFESTANCE HEALTH GROUP, INC., MICHAEL K. LESTER, J. MICHAEL BRUFF, ROBERT BESSLER, DARREN BLACK, JEFFREY CRISAN, WILLIAM MILLER, JEFFREY RHODES, ERIC SHUEY, KATHERINE WOOD, MORGAN STANLEY & CO., LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TPG CAPITAL BD, LLC, UBS SECURITIES LLC, and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendants. | Civil Action No. 1:22-cv-06833-JSR |

**DECLARATION OF MARTIN J. CRISP, ESQ. IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Martin J. Crisp, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am over the age of 18 and would be competent to testify to the information in this declaration at a trial or hearing in this matter.

2.    I am an attorney at the law firm of Ropes & Gray LLP and counsel to the Defendants LifeStance Health Group, Inc. ("LifeStance"), Michael K. Lester, J. Michael Bruff, Robert Bessler, Darren Black, Jeffrey Crisan, William Miller, Jeffrey Rhodes, Eric Shuey, and Katherine Wood (together with LifeStance, the "LifeStance Defendants") in the above-captioned action.  I am licensed to practice law in the state of New York and have been admitted before this

Court.  Based on my involvement in this action, I have personal knowledge of the information set forth herein.

3.       I submit this declaration, along with the exhibits annexed hereto, on behalf of the LifeStance Defendants, Morgan Stanley & Co., LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Jefferies LLC, TPG Capital BD, LLC, UBS Securities LLC, and William Blair & Company, L.L.C. (collectively with the LifeStance Defendants, "Defendants"), in support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification (ECF No. 67).

4.       Attached hereto as **Exhibit A** is a true and correct copy of LifeStance's initial public offering ("IPO") registration statement and incorporated prospectus (the "Registration Statement,") filed pursuant to Rule 424(b)(4) of the Securities Act of 1933 (the "Securities Act"), dated June 9, 2021, and filed with the United States Securities and Exchange Commission (the "SEC") on June 11, 2021.

5.       Attached hereto as **Exhibit B** is a true and correct copy of an executed June 1, 2021 Lock-Up Agreement between LifeStance and a stockholder who held pre-IPO shares of LifeStance stock (the "Pre-IPO Selling Stockholder").

6.       Attached hereto as **Exhibit C** is a true and correct copy of an e-mail from December 8, 2021, between the Pre-IPO Selling Stockholder's stockbroker, National Financial Services, LLC, and Ropes & Gray LLP, detailing a request to remove certain restrictive legends from the Pre-IPO Selling Stockholder's shares of LifeStance restricted stock.

7.       Attached hereto as **Exhibit D** is a true and correct copy of a December 13, 2021 opinion letter pursuant to Rule 144 of the Securities Act from Ropes & Gray LLP to the Pre-IPO Selling Stockholder's transfer agent, American Stock Transfer & Trust Company, LLC ("AST").

8.      Attached hereto as **Exhibit E** is a true and correct copy of an e-mail on December 14 and 15, 2021, between AST and Ropes & Gray LLP, confirming that the restrictive legends were removed from certain of the Pre-IPO Selling Stockholder's LifeStance shares.

9.      Attached hereto as **Exhibit F** is a true and correct copy of a December 21, 2021 trade confirmation from AST, confirming a sale of 241,221 shares of LifeStance stock held by the Pre-IPO Selling Stockholder.

10.      Attached hereto as **Exhibit G** is a true and correct copy of a December 21, 2021 stock transfer journal entry, from the Pre-IPO Selling Stockholder to Cede & Co, for the transfer of 241,221 shares of LifeStance stock.

11.      Attached hereto as **Exhibit H** is a true and correct copy of a December 21, 2021 status inquiry from Depository Trust Company ("DTC"), detailing a sale of 241,221 shares of LifeStance stock held by the Pre-IPO Selling Stockholder.

I declare under the penalty of perjury that the foregoing is true and correct. Executed in New York, New York on June 30, 2023.

*/s/ Martin J. Crisp*
Martin J. Crisp
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 596-5000
Fax: (212) 596-9090
Martin.Crisp@ropesgray.com

*Attorney for Defendants LifeStance Health Group, Inc., Michael K. Lester, J. Michael Bruff, Robert Bessler, Darren Black, Jeffrey Crisan, William Miller, Jeffrey Rhodes, Eric Shuey, and Katherine Wood*