# Exhibit C

**From:** Monica Prokocki <Monica.Prokocki@lifestance.com>
**Sent:** Wednesday, December 8, 2021 8:04 AM
**To:** Dillinger, Jesse <Jesse.Dillinger@fmr.com>; Ryan Pardo <Ryan.Pardo@lifestance.com>
**Cc:** Chia, Vivian <Vivian.Chia@fmr.com>; Zamores, Carmen <Carmen.Zamores@fmr.com>; Garcia, Cristina <Cristina.Garcia@fmr.com>
**Subject:** RE: Rule 144 Sale Inquiry: LFST:█████████

Hi there, I have added Ryan Pardo, Chief Legal Officer, to follow up.
Best,
Monica

**Monica Prokocki**
VP, Investor Relations
LifeStance Health, Inc.
(e) Monica.Prokocki@LifeStance.com
(c) 303.570.0237
**Follow Us on Social Media**
Instagram • Facebook • LinkedIn • Twitter • YouTube

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

**From:** Dillinger, Jesse <Jesse.Dillinger@fmr.com>
**Sent:** Wednesday, December 8, 2021 7:32 AM
**To:** LifeStance Investor Relations <InvestorRelations@lifestance.com>
**Cc:** Chia, Vivian <Vivian.Chia@fmr.com>; Zamores, Carmen <Carmen.Zamores@fmr.com>; Garcia, Cristina <Cristina.Garcia@fmr.com>
**Subject:** Rule 144 Sale Inquiry: LFST:█████████

Good day,
I have received a request to sell 241,221 shares of restricted LFST stock under Rule 144 from Evan █████████ Are you able to assist us by putting me in contact with counsel who can issue a rule 144 opinion for the proposed sale?
Thank you,

**Jesse Dillinger | Representative II**
**Restricted Stock Services | National Financial Services, LLC., A Fidelity Investments Company**

**Attn: Restricted Stock Services**
**2 Destiny Way**
**Mailzone WF4D**
**Westlake, TX 76262**

☏ **866.755.6372, opt(s): 2, 5.**

🖷 **603.864.2364**