# Exhibit E

## Genova, Jerome

| | |
|---|---|
| **From:** | Spengel, Daniel <dspengel@astfinancial.com> |
| **Sent:** | Wednesday, December 15, 2021 2:47 PM |
| **To:** | Beaudin, Jazmyn |
| **Cc:** | Atkins, Dayna; Fraser, Thomas |
| **Subject:** | RE: LifeStance Health Group, Inc. - Legal Opinion re Restrictive Legend |

**[EXTERNAL]**

Hello Jazmyn,

These shares will be clean and available for the broker tomorrow.

Best regards,
Dan

**DANIEL SPENGEL**
Sr. Relationship Manager, Western Region

6201 15th Ave. | Brooklyn, NY 11219
**C:** 707.227.2754
**E:** dspengel@astfinancial.com | astfinancial.com



Connect with us on: 

---

**From:** Reid, Jazmyn <Jazmyn.Reid@ropesgray.com>
**Sent:** Tuesday, December 14, 2021 6:03 PM
**To:** Spengel, Daniel <dspengel@astfinancial.com>
**Cc:** Atkins, Dayna <dayna.atkins@ropesgray.com>; Fraser, Thomas <Thomas.Fraser@ropesgray.com>
**Subject:** [EXTERNAL] FW: LifeStance Health Group, Inc. - Legal Opinion re Restrictive Legend

Daniel,

Attached please find an opinion for removal of the Securities Act restrictive legends on shares held by the following LifeStance Health Group, Inc. shareholder. Please let us know if your team needs any additional information to remove the applicable restrictive legends.

1. Evan ███████

Please do let us know if there is a more general restriction removal email address that we should use for these types of requests going forward.

Thank you,

Jazmyn

1

**Jazmyn Reid**
**ROPES & GRAY LLP**
T +1 617 951 7230
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Jazmyn.Reid@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.