# Exhibit F

```
24389 LIFESTANCE HEALTH GROUP INC                           ACCOUNT: 00000*****
                       EVAN  ███████████
CERT: BK*175           *********************
            -----ISSUE DATA------        SHARES ---SURRENDER DATA----    STOP MSC
BK*56       061421 69 24389000007     482443.000 121521 10 24389000008    4A
BK*174      121521 97 24389000008     241221.000 122121 95 24389000009
BK*175      121521 97 24389000008     241222.000 080522 95 24389000105
```