# Exhibit G

```
     24389 - LIFESTANCE HEALTH GROUP INC                                          12/21/2021        REPRINT


EVAN ████████
████  ████  ███
                        A/O DATE: 12/21/2021
                             BK*174              241,221

*****  ACCOUNT BALANCE---------------->      241,222.000


                                          ██████████
                                          CEDE & CO (FAST ACCOUNT)
                                          PO BOX 20
                                          BOWLINGGREEN STATION
                                          NEW YORK NY 10004
                                                       A/O DATE: 12/21/2021
                                                                                   241,221

                                          *****  ACCOUNT BALANCE---------------->    46,241,221.000


TRANSACTION # 24389000009 SHARES SURRENDERED===>      241,221.000  TRANSACTION # 24389000009 SHARES ISSUED========>      241,221.000
------------------------------------------------------------------------------------------------------------------------------------
```

LIFESTANCE HEALTH GROUP INC
4800 N. SCOTTSDALE ROAD SUITE 6000
SCOTTSDALE AZ 85251

```
    24389 - LIFESTANCE HEALTH GROUP INC                                    12/21/2021        REPRINT


                                                       ** BOOK ENTRY **          BK*177              432,442
                                              *****  ACCOUNT BALANCE---------------->      482,442.000


TRANSACTION # 24389000010 SHARES SURRENDERED===>      482,442.000  TRANSACTION # 24389000010 SHARES ISSUED========>      482,442.000
-----------------------------------------------------------------------------------------------------------------------------------
                              GRAND TOTAL      723,663.000                              GRAND TOTAL      723,663.000
    LIFESTANCE HEALTH GROUP INC
    4800 N. SCOTTSDALE ROAD SUITE 6000
    SCOTTSDALE AZ 85251
```