# Exhibit H

| | | 241,221 P202135401878 | | ▮ | Sale Transaction | ** MADE ** |
|---|---|---|---|---|---|---|

**Status Inquiry Detail**

| | | | | | | |
|---|---|---|---|---|---|---|
| LPA No: | 00007805 | | LPA Name: | ASTTCO/DRS | | |
| Trans ID: | P202135401878 | Status: | A | Status Dt: | 12 / 21 / 2021 | |
| CUSIP: | 53228F101 | | Investor/DRS A/C at TA: | ▮ | | |
| Tax ID: | ▮ | | Transfer Quantity: | 241221 | | |
| Tax Trust ID: | | | Cust Acct No: | ▮ | | |
| Customer Registration Name(s): | | | | | | |
| Profile Surety No: | B0226007 | | Participant No: | ▮ | | |
| Broker/Dealer Name: | NFS LLC | | | | | |
| Broker/Dealer Contact: | DRS REP OPT 1, 4, 1 | | Telephone: | ( 866 ) 755 - 6372 | | |
| Reason Code: | | | | | | |
| Reason Code 2: | | | | | | |
| Reason Code 3: | | | | | | |
| Agent Contact: | | | Telephone: | | | |