UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| NIZAR S. NAYANI, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:22-cv-06833-JSR |
| | : | |
| Plaintiff, | : | CLASS ACTION |
| | : | |
| | : | DECLARATION OF MICHAEL G. CAPECI IN SUPPORT OF LEAD PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL |
| vs. | : | |
| | : | |
| LIFESTANCE HEALTH GROUP, INC., MICHAEL K. LESTER, J. MICHAEL BRUFF, ROBERT BESSLER, DARREN BLACK, JEFFREY CRISAN, WILLIAM MILLER, JEFFREY RHODES, ERIC SHUEY, KATHERINE WOOD, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TPG CAPITAL BD, LLC, UBS SECURITIES LLC, and WILLIAM BLAIR & COMPANY, L.L.C., | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | x | |

I, Michael G. Capeci, declare as follows:

1.    I am a partner with Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff

Nizar S. Nayani ("Lead Plaintiff"), and am admitted to practice before this Court.  I respectfully

submit this Declaration in Support of the Reply Memorandum of Law in Further Support of Lead

Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class

Counsel.

2.    Attached hereto as Exhibit A is a true and accurate Historical Stock Price Chart for

LifeStance Health Group, Inc. for the period November 1, 2021 through November 29, 2021,

reflecting information compiled from Yahoo! Finance.

3.    Attached hereto as Exhibit B is a true and accurate copy of a relevant excerpt from

the November 4, 2022 hearing transcript on the competing lead-plaintiff motions.

4.      Attached hereto as Exhibit C is a true and accurate copy of a LifeStance report or presentation bearing Bates Nos. LFST_00000789 – 798.

5.      Attached hereto as Exhibit D is a true and accurate copy of a LifeStance report or presentation bearing Bates Nos. LFST_00000641 – 644.

6.      Attached hereto as Exhibit E is a true and accurate copy of LifeStance's Q3 2021 Earnings Call transcript, dated November 8, 2021.

7.      Attached hereto as Exhibit F is a true and accurate copy of the November 9, 2021 J.P. Morgan analyst report on LifeStance.

8.      Attached hereto as Exhibit G is a true and accurate copy of internal LifeStance emails, dated November 8-9, 2021, bearing Bates Nos. LFST_00179464 – 179466.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 28th day of July 2023 at Melville, New York.

_/s/ Michael G. Capeci_
MICHAEL G. CAPECI
