# EXHIBIT A

**LifeStance Health Group, Inc.: Stock Price (NYSE: LFST)**
**November 1, 2021 – November 29, 2021**
**Source: Yahoo! Finance**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/1/2021 | 12.13 | 12.99 | 11.69 | 12.84 | 12.84 | 606,800 |
| 11/2/2021 | 12.83 | 12.83 | 12.07 | 12.42 | 12.42 | 588,700 |
| 11/3/2021 | 12.50 | 13.18 | 12.24 | 13.14 | 13.14 | 355,800 |
| 11/4/2021 | 13.23 | 13.67 | 12.98 | 13.10 | 13.10 | 356,000 |
| 11/5/2021 | 13.19 | 13.56 | 12.98 | 13.39 | 13.39 | 393,600 |
| 11/8/2021 | 13.68 | 13.83 | 12.68 | 12.83 | 12.83 | 919,700 |
| 11/9/2021 | 10.50 | 10.99 | 8.30 | 9.73 | 9.73 | 5,553,400 |
| 11/10/2021 | 9.51 | 10.86 | 9.31 | 10.76 | 10.76 | 1,634,100 |
| 11/11/2021 | 10.65 | 11.30 | 10.14 | 10.21 | 10.21 | 1,599,000 |
| 11/12/2021 | 10.42 | 10.60 | 9.93 | 10.34 | 10.34 | 1,478,400 |
| 11/15/2021 | 10.30 | 10.83 | 10.13 | 10.59 | 10.59 | 591,400 |
| 11/16/2021 | 10.61 | 10.61 | 10.07 | 10.16 | 10.16 | 576,500 |
| 11/17/2021 | 10.28 | 10.28 | 9.36 | 9.37 | 9.37 | 808,500 |
| 11/18/2021 | 9.31 | 9.40 | 8.61 | 8.77 | 8.77 | 1,154,500 |
| 11/19/2021 | 8.70 | 9.03 | 8.54 | 8.65 | 8.65 | 908,600 |
| 11/22/2021 | 8.64 | 8.82 | 8.35 | 8.55 | 8.55 | 1,723,500 |
| 11/23/2021 | 8.46 | 8.58 | 8.02 | 8.33 | 8.33 | 2,324,500 |
| 11/24/2021 | 8.22 | 8.38 | 8.07 | 8.32 | 8.32 | 940,200 |
| 11/26/2021 | 8.10 | 8.20 | 7.76 | 7.91 | 7.91 | 382,200 |
| 11/29/2021 | 8.02 | 8.37 | 7.77 | 8.26 | 8.26 | 1,703,500 |