# EXHIBIT F

**J.P.Morgan**

North America Equity Research
09 November 2021

# LifeStance Health

## Downgrading to N from OW as Weak Clinician Retention and Investment Spend to Pressure FY22

We are downgrading shares of LifeStance Health to Neutral from Overweight and lowering our Dec-22 price target to $12 from $24. LFST reported 3Q21 results yesterday evening (see our note from yesterday here), and while the quarterly results came in above expectations, the company now expects FY21 revenue to be towards the lower end of the current guidance range, and provided a disappointing preliminary outlook for 2022, with revenue expected to be below and adjusted EBITDA expected to be significantly below our estimate and Bloomberg consensus. We expect LFST to be a "show-me story" over the next few quarters, as we await any improvement in clinician retention rates, and clarity on whether the company is able to drive incremental leverage from investments in the business.

- **The primary driver of the weaker than expected FY22 outlook is related to lower clinician retention rates,** which are now expected to extend through 2022 (vs. the company's prior expectation that lower retention would continue through 2021). Note that clinician retention rates had declined from 87% prior to the IPO, and have since stabilized at a ~80% annualized rate. The company had previously indicated that this trend is consistent with the broader healthcare industry, and attrition is consistent across the entire clinician base, across all provider types, geographies and not tied to either acquired groups or legacy sites. Management noted that it is not clear at this point whether this is temporary or structural.

- **Despite reporting strong clinician adds, mix driven productivity headwinds are driving a headwind to center margin.** LFST has been successful in adding new clinicians, having added 400 in the most recent quarter and over 1,300 YTD, which we believe reflects a strong value proposition. However, we note that departing clinicians are typically at full productivity, whereas new hires typically take 4-6 months to fully ramp, and acquired clinicians also take a similar period of time to see the benefit from rate synergies as they go through the credentialing process to get on panel with payors. Therefore, the larger number of new hires leads to lower overall productivity, which is more than offsetting the benefit from clinician growth.

▼ **Neutral**

Previous: Overweight

**LFST, LFST US**
Price (08 Nov 21): $12.83

▼ **Price Target (Dec-22): $12.00**
Prior (Dec-22): $24.00

**Managed Care/Facilities**

**Lisa C. Gill** AC
(1-212) 622-6466
lisa.c.gill@jpmorgan.com
**Bloomberg** JPMA GILL <GO>

**Michael Minchak, CFA**
(1-212) 622-6506
michael.minchak@jpmorgan.com

**Calvin A Sternick**
(1-212) 622-1080
calvin.sternick@jpmorgan.com
J.P. Morgan Securities LLC

### Key Changes (FYE Dec)

| | Prev | Cur |
|---|---|---|
| Revenue - 21E ($ mn) | 672 | 670 |
| Revenue - 22E ($ mn) | 930 | 872 |
| Adj. EBITDA - 21E ($ mn) | 50 | 49 |
| Adj. EBITDA - 22E ($ mn) | 90 | 64 |

### Quarterly Forecasts (FYE Dec)

Revenue ($ mn)

| | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | 73 | 143A | 200 |
| Q2 | 84 | 161A | 211 |
| Q3 | 102 | 174A | 223 |
| Q4 | 118 | 193 | 238 |
| FY | 377 | 670 | 872 |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
| | | 6M | 1Y | 3Y | 5Y |
| Value | 32 | | | | |
| Growth | | | | | |
| Momentum | 42 | | | | |
| Quality | 54 | 24 | 99 | 100 | 96 |
| Low Vol | 95 | | | | |

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

**See page 7 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Lisa C. Gill
(1-212) 622-6466
lisa.c.gill@jpmorgan.com

**North America Equity Research**
09 November 2021

**J.P.Morgan**

## Price Performance



|     | YTD | 1m | 3m | 12m |
|-----|-----|-----|-----|-----|
| Abs | - | -0.5% | -47.4% | - |
| Rel | - | -7.5% | -53.4% | - |

## Company Data

| | |
|---|---|
| Shares O/S (mn) | 343 |
| 52-week range ($) | 29.81-10.67 |
| Market cap ($ mn) | 4,405.75 |
| Exchange rate | 1.00 |
| Free float(%) | 12.1% |
| 3M - Avg daily vol (mn) | 1.33 |
| 3M - Avg daily val ($ mn) | 18.4 |
| Volatility (90 Day) | 124 |
| Index | S&P 500 |
| BBG BUY|HOLD|SELL | 5|2|0 |

## Key Metrics (FYE Dec)

| $ in millions | FY20A | FY21E | FY22E | FY23E |
|---|---|---|---|---|
| **Financial Estimates** | | | | |
| Revenue | 377 | 670 | 872 | 1,166 |
| Adj. EBITDA | 50 | 49 | 64 | 99 |
| Adj. EBIT | 15 | (271) | (141) | (14) |
| Adj. net income | (311) | (330) | (123) | (30) |
| Adj. EPS | - | (1.01) | (0.36) | (0.09) |
| BBG EPS | - | (0.63) | (0.29) | (0.01) |
| Cashflow from operations | (9) | 28 | 83 | 83 |
| FCFF | (21) | 8 | 54 | 56 |
| **Margins and Growth** | | | | |
| Revenue growth | 77.5% | 77.7% | 30.1% | 33.7% |
| EBITDA margin | 13.3% | 7.3% | 7.4% | 8.5% |
| EBITDA growth | 103.7% | (2.8%) | 32.2% | 52.9% |
| EBIT margin | 4.1% | (40.4%) | (16.2%) | (1.2%) |
| Net margin | (82.5%) | (49.3%) | (14.1%) | (2.6%) |
| Adj. EPS growth | - | - | (64.8%) | (75.7%) |
| **Ratios** | | | | |
| Adj. tax rate | (14.3%) | (7.6%) | (25.0%) | (25.0%) |
| Interest cover | 2.3 | 1.2 | 3.8 | 4.7 |
| Net debt/Equity | 0.3 | NM | NM | NM |
| Net debt/EBITDA | 6.9 | NM | NM | NM |
| ROCE | 2.8% | (18.7%) | (9.6%) | (0.9%) |
| ROE | (74.9%) | (25.3%) | (7.3%) | (1.7%) |
| **Valuation** | | | | |
| FCFF yield | - | 0.2% | 1.2% | 1.3% |
| Dividend yield | - | - | - | - |
| EV/Revenue | 12.6 | 6.2 | 4.7 | 3.6 |
| EV/EBITDA | 95.0 | 84.6 | 64.1 | 42.6 |
| Adj. P/E | - | NM | NM | NM |

## Summary Investment Thesis and Valuation

We rate shares of LifeStance Health (LFST) Neutral.  While we point to an attractive longer term opportunity in the mental health services market, which is characterized by a large unmet demand and reduced stigma associated with patients seeking mental health treatment, and the company's strong competitive position in a fragmented market (LFST is the largest player in the outpatient mental health services market) our enthusiasm is tempered by the recent decline in clinician retention trends, which is expected to drive a headwind to revenue and profit trends at LifeStance through FY22.

The company targets an impressive 30%+ revenue growth over the longer term, driven by organic growth in existing markets from de novo builds and clinician hires, coupled with acquisitions in new and existing markets. Further, the company targets an adjusted EBITDA margin of 25%+, and has been adjusted EBITDA positive every quarter since the company's first full year of operations.

Our Dec-22 price target of $12 is based on an EV/Sales multiple of 4.0x our FY23 revenue estimate of $1.17B.  Our target multiple is based on valuation relative to a broader group of disruptive healthcare services platforms, and the company's two closest disruptive center-based care peers (ONEM and OSH).  We believe the discount to our current average target multiple for ONEM and OSH is warranted given the near-term headwinds around retention and higher costs at LFST.

## Performance Drivers



| Factors | 6M Corr | 1Y Corr |
|---|---|---|
| **Market: MSCI US** | 0.02 | 0.03 |
| **Sect: Health Care** | -0.01 | -0.01 |
| **Ind: H Care Equip & Serv** | 0.10 | 0.06 |
| **Macro:** | | |
| Credit Spread | -0.42 | -0.16 |
| Non-Energy Commodity | -0.19 | -0.15 |
| Crude Oil | 0.14 | 0.10 |
| **Quant Styles:** | | |
| Value | -0.29 | -0.14 |
| LowVol | -0.17 | -0.12 |
| Size | -0.12 | -0.10 |

Source: J.P. Morgan Quantitative and Derivatives Strategy for Performance Drivers; company data, Bloomberg Finance L.P. and J.P. Morgan estimates for all other tables. Note: Price history may not be complete or exact.

Lisa C. Gill
(1-212) 622-6466
lisa.c.gill@jpmorgan.com

**North America Equity Research**
09 November 2021

J.P.Morgan

- **Investments into the business will continue in 2022 (vs. our prior assumption that these were pulled forward into 2021).**  While the company had previously called out incremental investments in the infrastructure and operations that were to be made in 2H21 to support and sustain higher clinician growth, management clarified in 3Q that those investments will continue going forward.  Recall that the company had previously pointed to investments in various areas to process growth, such as patient intake, clinician credentialing and billing, as well as in areas to enable growth and drive leverage, including digital tools to drive efficiencies, business process optimization and operational excellence initiatives.  We look to whether the company can get leverage from these investments going forward.

- **Despite the near term headwinds, we continue to believe the demand for mental health services remains robust, leading to an attractive longer term opportunity.**  The company expects to be able to drive clinician-based growth in 2022 (both organic and via acquisition), which should lead to revenue growth over time as new clinicians ramp to full productivity.  Management believes their model and value proposition make them the employer and acquiror of choice, and highlighted their equity incentive program for clinicians, with eligibility and vesting tied to productivity.  Further, despite an EBITDA margin of ~7% implied by the FY21 guidance ranges (and what appears to be only modest improvement in FY22), the company did express confidence in the longer term adjusted EBITDA margin target of 25%, as it expects to get leverage from clinician growth over time.

- **We are broadly lowering our estimates.**  We now project FY21 revenue of $670M (down vs. our prior forecast of $672M), which compares to the company's outlook for revenue towards the lower end of the $668-$678M range.  We estimate the company will end FY21 with 4,725 clinicians (up 53% y/y and above our prior estimate of 4,650).  Our FY21 center margin estimate moves to $200M (down vs. our prior estimate of $203M), and compared to guidance of $198-$208M.  We now expect FY21 adjusted EBITDA of $49M (down vs. our prior forecast of $50M), which compares to guidance of $47-$53M and represents a 3% y/y decline.  For FY22, we are lowering our revenue estimate to $872M vs. our prior estimate of $930M, and representing 30% y/y growth (consistent with the company's outlook for growth in the low 30% range).  Our adjusted EBITDA estimate moves to $64M, down vs. our prior forecast of $90M (and compared to our initial projection of $105M from June).  Our estimate represents 32% y/y growth, which is consistent with the company's preliminary outlook for adjusted EBITDA growth at pace with our slightly above revenue growth.  Our FY23 revenue estimate moves to $1.17B, down vs. our prior estimate of $1.23B and representing 34% y/y growth over our new FY22 estimate, while our adjusted EBITDA estimate moves to $99M, down vs. our prior estimate of $154M and representing 53% y/y growth over our new FY22 estimate.

Lisa C. Gill
(1-212) 622-6466
lisa.c.gill@jpmorgan.com

North America Equity Research
09 November 2021

J.P.Morgan

# Investment Thesis, Valuation and Risks

## LifeStance Health Group, Inc. *(Neutral; Price Target: $12.00)*

**Investment Thesis**

We rate shares of LifeStance Health (LFST) Neutral.  We point to an attractive longer term opportunity in the mental health services market, which is characterized by a large unmet demand and reduced stigma associated with patients seeing mental health treatment.  However, while LifeStance holds a strong competitive position as the largest player in the fragmented outpatient mental health services market, our enthusiasm is tempered by the recent decline in clinician retention rates, which is expected to drive a headwind to revenue and profit trends at the company through FY22.  We point to a large addressable market opportunity of $116B, which is expected to grow by a 14% CAGR over the next five years to reach $215B by 2025.  The company aims to reimagine mental health treatment through a disruptive tech-enabled care delivery model that was built to address key challenges historically faced under the traditional model around access, affordability, outcomes and care coordination.  The company targets 30%+ revenue growth over the longer term, driven by organic growth in existing markets from de novo builds and clinician hires, coupled with acquisitions in new and existing markets.  The company also targets an adjusted EBITDA margin of 25%+, and has been adjusted EBITDA positive every quarter since the first full year of operations.

**Valuation**

LifeStance trades at an EV/Sales multiple of 8.7x on a 2022E basis.  We are lowering our Dec-22 price target to $12 from $24, with our new target based on an EV/Sales multiple of 4.0x our new FY23 revenue estimate of $1.17B.  Our target multiple represents a discount to the FY22 EV/sales multiple of a comp group of disruptive healthcare services platforms, as well as a discount to our current average target multiple for One Medical (ONEM) and Oak Street (OSH), which we view as the company's closest publicly traded peers.  While ONEM and OSH are not exclusively focused on the mental health market, they both operate disruptive tech-enabled models that are driven by de novo center growth. We believe the target multiple discount to the peers is warranted based on the near term headwinds at LFST. We continue to highlight underlying tailwinds in the mental health services market, the company's disruptive tech-enabled care delivery model, significant runway for growth both within existing and new markets, attractive long-term revenue growth and margin targets, and EBITDA-positive model, balanced against expected near term headwinds, a competitive market and the company's limited track record as a public company. Recall that our prior Dec-22 target price of $24 had based on a prior EV/Sales multiple of 7.5x our prior FY23 revenue estimate of $1.23B.

**Risks to Rating and Price Target**

Several factors could cause Neutral-rated LifeStance Health to outperform our coverage universe.  These risks include: 1) greater than expected clinician adds (via organic growth or M&A); 2) improved retention rates vs. current depressed levels; 3) improving clinician productivity; and 4) greater ability to leverage G&A costs leading to stronger than expected adjusted EBITDA growth and margins.

4

Lisa C. Gill
(1-212) 622-6466
lisa.c.gill@jpmorgan.com

**North America Equity Research**
09 November 2021

J.P.Morgan

Alternatively, several factors could cause Neutral-rated LifeStance Health to underperform our coverage universe.  These risks include: 1) the company is unable to sustain the expected pace of new clinician adds (weaker retention trends continue); 2) the company loses a significant payor relationship; 3) or is unable to negotiate attractive reimbursement from existing payor partners (including around parity for in-person/virtual visits); 4) the company is unable to execute on the planned geographic expansion due to competition for suitable acquisition targets; 5) the company has difficulty integrating acquisitions.

J.P.Morgan

Lisa C. Gill
(1-212) 622-6466
lisa.c.gill@jpmorgan.com

North America Equity Research
09 November 2021

J.P.Morgan

# LifeStance Health: Summary of Financials

| Income Statement - Annual | FY19A | FY20A | FY21E | FY22E | FY23E | Income Statement - Quarterly | | 1Q21A | 2Q21A | 3Q21A | 4Q21E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 213 | 377 | 670 | 872 | 1,166 | Revenue | | 143A | 161A | 174A | 193 |
| COGS | (150) | (258) | (470) | (610) | (810) | COGS | | (99)A | (109)A | (122)A | (140) |
| Gross profit | 62 | 119 | 200 | 262 | 356 | Gross profit | | 44A | 51A | 52A | 53 |
| SG&A | (41) | (73) | (418) | (347) | (312) | SG&A | | (33)A | (85)A | (163)A | (137) |
| Adj. EBITDA | 25 | 50 | 49 | 64 | 99 | Adj. EBITDA | | 13A | 15A | 11A | 11 |
| D&A | (6) | (31) | (53) | (57) | (58) | D&A | | (12)A | (13)A | (14)A | (14) |
| Adj. EBIT | 15 | 15 | (271) | (141) | (14) | Adj. EBIT | | (1)A | (47)A | (125)A | (98) |
| Net Interest | (5) | (22) | (39) | (17) | (21) | Net Interest | | (9)A | (23)A | (4)A | (4) |
| Adj. PBT | 8 | (44) | (318) | (164) | (40) | Adj. PBT | | (11)A | (74)A | (129)A | (103) |
| Tax | (2) | 6 | 24 | 41 | 10 | Tax | | 3A | 4A | 9A | 9 |
| Minority Interest | - | - | - | - | - | Minority Interest | | - | - | - | - |
| Adj. Net Income | (59) | (311) | (330) | (123) | (30) | Adj. Net Income | | (45)A | (70)A | (120)A | (94) |
| Reported EPS | - | - | (1.01) | (0.36) | (0.09) | Reported EPS | | - | (0.22)A | (0.35)A | (0.27) |
| Adj. EPS | - | - | (1.01) | (0.36) | (0.09) | Adj. EPS | | - | (0.22)A | (0.35)A | (0.27) |
| DPS | - | - | - | - | - | DPS | | - | - | - | - |
| Payout ratio | - | - | - | - | - | Payout ratio | | - | - | - | - |
| Shares outstanding | - | - | 327 | 345 | 346 | Shares outstanding | | - | 314A | 343A | 344 |

| Balance Sheet & Cash Flow Statement | FY19A | FY20A | FY21E | FY22E | FY23E | Ratio Analysis | FY19A | FY20A | FY21E | FY22E | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 3 | 19 | 246 | 272 | 243 | Gross margin | 29.4% | 31.6% | 29.9% | 30.0% | 30.5% |
| Accounts receivable | 19 | 44 | 73 | 128 | 177 | EBITDA margin | 11.6% | 13.3% | 7.3% | 7.4% | 8.5% |
| Inventories | - | - | - | - | - | EBIT margin | 7.2% | 4.1% | (40.4%) | (16.2%) | (1.2%) |
| Other current assets | 5 | 14 | 24 | 38 | 50 | Net profit margin | (27.7%) | (82.5%) | (49.3%) | (14.1%) | (2.6%) |
| Current assets | 27 | 76 | 343 | 437 | 470 | | | | | | |
| PP&E | 22 | 59 | 107 | 139 | 174 | ROE | 70.8% | (74.9%) | (25.3%) | (7.3%) | (1.7%) |
| LT investments | - | - | - | - | - | ROA | (42.0%) | (33.6%) | (18.7%) | (5.9%) | (1.3%) |
| Other non current assets | 231 | 1,434 | 1,514 | 1,647 | 1,786 | ROCE | (25.2%) | 2.8% | (18.7%) | (9.6%) | (0.9%) |
| Total assets | 281 | 1,570 | 1,964 | 2,223 | 2,430 | SG&A/Sales | 19.3% | 19.3% | 62.4% | 39.8% | 26.8% |
| | | | | | | Net debt/equity | NM | 0.3 | NM | NM | NM |
| Short term borrowings | - | - | - | - | - | | | | | | |
| Payables | 4 | 8 | 13 | 19 | 24 | P/E (x) | - | - | NM | NM | NM |
| Other short term liabilities | 51 | 68 | 101 | 158 | 208 | P/BV (x) | - | - | - | - | - |
| Current liabilities | 55 | 76 | 114 | 176 | 233 | EV/EBITDA (x) | - | 95.0 | 84.6 | 64.1 | 42.6 |
| Long-term debt | 79 | 363 | 140 | 199 | 208 | Dividend Yield | - | - | - | - | - |
| Other long term liabilities | 313 | 133 | 94 | 102 | 109 | | | | | | |
| Total liabilities | 447 | 572 | 348 | 477 | 550 | Sales/Assets (x) | 1.5 | 0.4 | 0.4 | 0.4 | 0.5 |
| Shareholders' equity | (166) | 998 | 1,617 | 1,746 | 1,880 | Interest cover (x) | 4.6 | 2.3 | 1.2 | 3.8 | 4.7 |
| Minority interests | - | - | - | - | - | Operating leverage | - | 1.7% | (2386.3%) | (158.3%) | (268.2%) |
| Total liabilities & equity | 281 | 1,570 | 1,964 | 2,223 | 2,430 | | | | | | |
| BVPS | - | - | - | - | - | Revenue y/y Growth | - | 77.5% | 77.7% | 30.1% | 33.7% |
| y/y Growth | - | - | - | - | - | EBITDA y/y Growth | - | 103.7% | (2.8%) | 32.2% | 52.9% |
| Net debt/(cash) | 76 | 344 | (106) | (72) | (35) | Tax rate | 28.0% | (14.3%) | (7.6%) | (25.0%) | (25.0%) |
| | | | | | | Adj. Net Income y/y Growth | - | 428.5% | 6.1% | (62.8%) | (75.6%) |
| Cash flow from operating activities | 17 | (9) | 28 | 83 | 83 | EPS y/y Growth | - | - | - | (64.8%) | (75.7%) |
| o/w Depreciation & amortization | 6 | 31 | 51 | 55 | 56 | DPS y/y Growth | - | - | - | - | - |
| o/w Changes in working capital | 3 | (1) | 8 | 4 | 6 | | | | | | |
| Cash flow from investing activities | (73) | (861) | (124) | (112) | (116) | | | | | | |
| o/w Capital expenditure | (14) | (38) | (62) | (50) | (54) | | | | | | |
| as % of sales | 6.7% | 10.1% | 9.3% | 5.7% | 4.6% | | | | | | |
| Cash flow from financing activities | 48 | 912 | 324 | 55 | 4 | | | | | | |
| o/w Dividends paid | - | - | - | - | - | | | | | | |
| o/w Net debt issued/(repaid) | 55 | 291 | (212) | 59 | 9 | | | | | | |
| Net change in cash | (8) | 43 | 227 | 25 | (29) | | | | | | |
| Adj. Free cash flow to firm | 7 | (21) | 8 | 54 | 56 | | | | | | |
| y/y Growth | - | (421.5%) | (139.7%) | 538.3% | 3.4% | | | | | | |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Lisa C. Gill
(1-212) 622-6466
lisa.c.gill@jpmorgan.com

**North America Equity Research**
09 November 2021

J.P.Morgan

**Analyst Certification:** The Research Analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple Research Analysts are primarily responsible for this report, the Research Analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the Research Analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the Research Analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the Research Analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the Research Analyst(s) in this report. For all Korea-based Research Analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that the Research Analyst's analysis was made in good faith and that the views reflect the Research Analyst's own opinion, without undue influence or intervention.

All authors named within this report are Research Analysts unless otherwise specified. In Europe, Sector Specialists (Sales and Trading) may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to LifeStance Health.

- **Manager or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) of/for LifeStance Health within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: LifeStance Health.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: LifeStance Health.

- **Investment Banking Compensation Received:** J.P. Morgan has received in the past 12 months compensation for investment banking services from LifeStance Health.

- **Potential Investment Banking Compensation:** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from LifeStance Health.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of LifeStance Health, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies, and certain non-covered companies, by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request.



LifeStance Health (LFST, LFST US) Price Chart

| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 06-Jul-21 | OW | 27.60 | 36 |
| 12-Aug-21 | OW | 21.87 | 24 |

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Jul 06, 2021. All share prices are as of market close on the previous business day.

Lisa C. Gill
(1-212) 622-6466
lisa.c.gill@jpmorgan.com

North America Equity Research
09 November 2021

J.P.Morgan

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Gill, Lisa C**: AmerisourceBergen (ABC), Anthem (ANTM), Aveanna Healthcare (AVAH), Bright Health Group (BHG), CVS Health (CVS), Cardinal Health (CAH), Centene (CNC), Cigna (CI), Clover Health (CLOV), HCA (HCA), Humana (HUM), LifeStance Health (LFST), McKesson Corporation (MCK), Oak Street Health (OSH), One Medical (ONEM), Option Care Health (OPCH), Owens & Minor, Inc. (OMI), Privia Health (PRVA), Rite Aid (RAD), Surgery Partners (SGRY), Teladoc Health Inc (TDOC), UnitedHealth (UNH), Walgreens Boots Alliance Inc (WBA), agilon health (AGL)

**J.P. Morgan Equity Research Ratings Distribution, as of October 02, 2021**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
| --- | --- | --- | --- |
| J.P. Morgan Global Equity Research Coverage* | 51% | 37% | 12% |
| IB clients** | 54% | 49% | 35% |
| JPMS Equity Research Coverage* | 49% | 38% | 13% |
| IB clients** | 78% | 71% | 52% |

*Please note that the percentages might not add to 100% because of rounding.
**Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months.
For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

A history of J.P. Morgan investment recommendations disseminated during the preceding 12 months can be accessed on the Research & Commentary page of http://www.jpmorganmarkets.com where you can also search by analyst name, sector or financial instrument.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research material made available to clients are simultaneously available on our client website, J.P. Morgan Markets, unless specifically permitted by relevant laws. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research material available on a particular stock, please contact your sales representative.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research material are Mainland China; Hong Kong SAR (China); Taiwan (China); and Macau SAR (China).

8

Lisa C. Gill
(1-212) 622-6466
lisa.c.gill@jpmorgan.com

North America Equity Research
09 November 2021

J.P.Morgan

J.P. Morgan Research may, from time to time, write on issuers or securities targeted by economic or financial sanctions imposed or administered by the governmental authorities of the U.S., EU, UK or other relevant jurisdictions (Sanctioned Securities). Nothing in this report is intended to be read or construed as encouraging, facilitating, promoting or otherwise approving investment or dealing in such Sanctioned Securities. Clients should be aware of their own legal and compliance obligations when making investment decisions.

**Options and Futures related research:** If the information contained herein regards options- or futures-related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including, but not limited to, the J.P. Morgan Corporate and Investment Bank and its Global Research division.

**Legal entity responsible for the production and distribution of research:** The legal entity identified below the name of the Reg AC Research Analyst who authored this material is the legal entity responsible for the production of this research. Where multiple Reg AC Research Analysts authored this material with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research. Research Analysts from various J.P. Morgan affiliates may have contributed to the production of this material but may not be licensed to carry out regulated activities in your jurisdiction (and do not hold themselves out as being able to do so). Unless otherwise stated below, this material has been distributed by the legal entity responsible for production. If you have any queries, please contact the relevant Research Analyst in your jurisdiction or the entity in your jurisdiction that has distributed this research material.

**Legal Entities Disclosures and Country-/Region-Specific Disclosures:**
**Argentina:** JPMorgan Chase Bank N.A Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission" - ALYC y AN Integral N°51). **Australia:** J.P. Morgan Securities Australia Limited ("JPMSAL") (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by the Australian Securities and Investments Commission and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. This material is issued and distributed in Australia by or on behalf of JPMSAL only to "wholesale clients" (as defined in section 761G of the Corporations Act 2001). A list of all financial products covered can be found by visiting https://www.jpmm.com/research/disclosures. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all Global Industry Classification Standard (GICS) sectors, as well as across a range of market capitalisation sizes. If applicable, in the course of conducting public side due diligence on the subject company(ies), the Research Analyst team may at times perform such diligence through corporate engagements such as site visits, discussions with company representatives, management presentations, etc. Research issued by JPMSAL has been prepared in accordance with J.P. Morgan Australia's Research Independence Policy which can be found at the following link: J.P. Morgan Australia - Research Independence Policy. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. This material is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. **Chile:** Inversiones J.P. Morgan Limitada is an unregulated entity incorporated in Chile. **China:** J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Dubai International Financial Centre (DIFC)**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - The Gate, West Wing, Level 3 and 9 PO Box 506551, Dubai, UAE. This material has been distributed by JP Morgan Chase Bank, N.A., Dubai Branch to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **European Economic Area (EEA):** Unless specified to the contrary, research is distributed in the EEA by J.P. Morgan AG ("JPM AG"), which is a member of the Frankfurt Stock Exchange, is authorised by the European Central Bank ("ECB") and is regulated by the Federal Financial Supervisory Authority (BaFin). JPM AG is a company incorporated in the Federal Republic of Germany with a registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. The material has been distributed in the EEA to persons regarded as professional investors (or equivalent) pursuant to Art. 4 para. 1 no. 10 and Annex II of MiFID II and its respective implementation in their home jurisdictions ("EEA professional investors"). This material must not be acted on or relied on by persons who are not EEA professional investors. Any investment or investment activity to which this material relates is only available to EEA relevant persons and will be engaged in only with EEA relevant persons. **Hong Kong**: J.P. Morgan Securities (Asia

Lisa C. Gill
(1-212) 622-6466
lisa.c.gill@jpmorgan.com

North America Equity Research
09 November 2021

J.P.Morgan

Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong, and J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong (CE Number AAL996) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission, is organized under the laws of the United States with limited liability. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with the Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. JPMorgan Chase Bank, N.A. - Mumbai Branch is licensed by the Reserve Bank of India (RBI) (Licence No. 53/ Licence No. BY.4/94; SEBI - IN/CUS/014/ CDSL : IN-DP-CDSL-444-2008/ IN-DP-NSDL-285-2008/ INBI00000984/ INE231311239) as a Scheduled Commercial Bank in India, which is its primary license allowing it to carry on Banking business in India and other activities, which a Bank branch in India are permitted to undertake. For non-local research material, this material is not distributed in India by J.P. Morgan India Private Limited. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Korea**: J.P. Morgan Securities (Far East) Limited, Seoul Branch, is a member of the Korea Exchange (KRX). JPMorgan Chase Bank, N.A., Seoul Branch, is licensed as a branch office of foreign bank (JPMorgan Chase Bank, N.A.) in Korea. Both entities are regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). For non-macro research material, the material is distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X), which is a Participating Organization of Bursa Malaysia Berhad and holds a Capital Markets Services License issued by the Securities Commission in Malaysia. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V.and J.P. Morgan Grupo Financiero are members of the Mexican Stock Exchange and are authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). JPMSAL is registered as a Financial Service Provider under the Financial Service providers (Registration and Dispute Resolution) Act of 2008. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Russia**: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 093/09/2021 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited, and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore), both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this material in Singapore are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the material. As at the date of this material, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this material. Arising from its role as a designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited and JPMorgan Chase Bank, N.A., Johannesburg Branch are members of the Johannesburg Securities Exchange and are regulated by the Financial Services Board. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. Material relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material that may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission, and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **UK:** Unless specified to the contrary, research is distributed in the UK by J.P. Morgan Securities plc ("JPMS plc") which is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. JPMS plc is registered in England & Wales No. 2711006, Registered Office 25 Bank Street, London, E14 5JP. This material is directed in the UK only to: (a) persons having professional experience in matters relating to investments falling within article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) (Order) 2005 ("the FPO"); (b) persons outlined in article 49 of the FPO (high net worth companies, unincorporated associations or partnerships, the trustees of high value trusts, etc.); or (c) any persons to whom this communication may otherwise lawfully be made; all such persons being referred to as "UK relevant persons". This material must not be acted on or relied on by persons

10

Lisa C. Gill
(1-212) 622-6466
lisa.c.gill@jpmorgan.com

**North America Equity Research**
09 November 2021

J.P.Morgan

who are not UK relevant persons. Any investment or investment activity to which this material relates is only available to UK relevant persons and will be engaged in only with UK relevant persons. Research issued by JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link: J.P. Morgan EMEA - Research Independence Policy. **U.S.**: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE, FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy, fairness or completeness of the information contained in this material. Any data discrepancies in this material could be the result of different calculations and/or adjustments. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant regulatory authority in the jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material. This material is not an advertisement for or marketing of any issuer, its products or services, or its securities in any jurisdiction.

"Other Disclosures" last revised October 16, 2021.

**Copyright 2021 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

Completed    09 Nov 2021 06:29 AM EST

Disseminated    09 Nov 2021 06:44 AM EST