# EXHIBIT G

Filed under seal pursuant to the
Minute Entry issued on July 26, 2023