UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

NIZAR S. NAYANI, Individually and on
Behalf of All Others Similarly Situated,

                              Plaintiff,

        vs.

LIFESTANCE HEALTH GROUP, INC.,
MICHAEL K. LESTER, J. MICHAEL
BRUFF, ROBERT BESSLER, DARREN
BLACK, JEFFREY CRISAN, WILLIAM
MILLER, JEFFREY RHODES, ERIC
SHUEY, KATHERINE WOOD, MORGAN
STANLEY & CO. LLC, GOLDMAN SACHS
& CO. LLC, J.P. MORGAN SECURITIES
LLC, JEFFERIES LLC, TPG CAPITAL BD,
LLC, UBS SECURITIES LLC, and WILLIAM
BLAIR & COMPANY, L.L.C.,

                          Defendants.

———————————————————— x

Civil Action No. 1:22-cv-06833-JSR

CLASS ACTION

STIPULATION REGARDING
AUTHENTICITY OF POWER BI PBIX
FILES PRODUCED IN DISCOVERY

The parties to the above-entitled action having met and conferred and upon determining good cause exists hereby stipulate as follows:

1.     The email produced by LifeStance Health Group, Inc. ("LifeStance" or the "Company") as Bates number LFST_00103291 was sent on June 8, 2021 by Gwen Booth, the Company's then-Chief Operating Officer, in the normal course of her employment to executiveteam@lifestance.com, which was a distribution list maintained by the Company at that time.  At that time, emails sent to executiveteam@lifestance.com were automatically distributed to certain members of the Company's senior management, including Michael Lester, Mike Bruff, Danish Qureshi, Kevin Mullins, Gwen Booth, Ryan Pardo, Anisha Patel-Dunn, Pablo Pantaleoni, Felicia Gorcyca, and Warren Gouk.  This email contained a link to the Company's then-live Power BI workspace as it existed on June 8, 2021.

2.     On July 21, 2023, LifeStance produced a version of the Power BI dashboard (Bates number LFST_00183341) that was saved as a Power BI PBIX file to a SharePoint folder that the Company maintained in the normal course of business.  The version produced by LifeStance on July 21, 2023 reflects the Power BI PBIX file as it was maintained at that SharePoint folder on or around June 2, 2021 (the "June 2021 Dashboard").

3.     On July 24, 2023, LifeStance produced another Power BI PBIX file (Bates number LFST_00183342) (the "July 2023 Dashboard").  LifeStance generated the July 2023 Dashboard by downloading from the Company's then-live Power BI workspace, on July 12, 2023, a PBIX file, and removing from that file all terminations data after November 13, 2021.  As compared to the June 2021 Dashboard, the July 2023 Dashboard includes additional report visualizations to present the underlying data in a different manner, which functionalities were added subsequent to the publishing of the June 2021 Dashboard.

- 1 -

4.      To the extent plaintiff offers LFST_00103291, LFST_00183341, or LFST_00183342 into evidence at trial, such documents will be deemed authentic as that term is defined under the Federal Rules of Evidence, will be deemed made at or near June 2, 2021 (for the June 2021 Dashboard) or July 12, 2023 (for the July 2023 Dashboard), and will be deemed kept in the course of a regularly conducted activity of business.

5.      Duplicates of any materials for which paragraph 4 of this stipulation applies are admissible to the same extent as their originals under Rule 1003 of the Federal Rules of Evidence.


DATED:  August 15, 2023          ROBBINS GELLER RUDMAN
                                   & DOWD LLP
                                 SAMUEL H. RUDMAN
                                 MARK T. MILLKEY
                                 MICHAEL G. CAPECI
                                 BRENT E. MITCHELL


                                         /s/ Samuel H. Rudman
                                 _____
                                        SAMUEL H. RUDMAN

                                 58 South Service Road, Suite 200
                                 Melville, NY  11747
                                 Telephone:  631/367-7100
                                 631/367-1173 (fax)
                                 srudman@rgrdlaw.com
                                 mmillkey@rgrdlaw.com
                                 mcapeci@rgrdlaw.com
                                 bmitchell@rgrdlaw.com

                                 Lead Counsel for Lead Plaintiff


DATED:  August 15, 2023          ROPES & GRAY LLP
                                 MARTIN J. CRISP


                                         /s/ Martin J. Crisp
                                 _____
                                        MARTIN J. CRISP

- 2 -

1211 Avenue of the Americas
New York, NY 10036
Telephone: 212/596-5000
212/596-9090 (fax)
Martin.Crisp@ropesgray.com

ROPES & GRAY LLP
DANIEL V. McCAUGHEY (admitted *pro hac vice*)
WILLIAM T. DAVISON (admitted *pro hac vice*)
COLE A. GOODMAN (admitted *pro hac vice*)
SARA A. BELLIN (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617 /951-7000
617/951-7050 (fax)
Daniel.McCaughey@ropesgray.com
William.Davison@ropesgray.com
Cole.Goodman@ropesgray.com
Sara.Bellin@ropesgray.com

Attorneys for Defendants *LifeStance Health Group, Inc., Michael K Lester, J Michael Bruff, Robert Bessler, Darren Black, Jeffrey Crisan, William Miller, Jeffrey Rhodes, Eric Shuey, and Katherine Wood*

IT IS SO ORDERED.

DATED: _____8/16/23_____

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

- 3 -