UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

NIZAR S. NAYANI, Individually and on
Behalf of All Others Similarly Situated,

                   Plaintiff,

    vs.

LIFESTANCE HEALTH GROUP, INC.,
MICHAEL K. LESTER, J. MICHAEL
BRUFF, ROBERT BESSLER, DARREN
BLACK, JEFFREY CRISAN, WILLIAM
MILLER, JEFFREY RHODES, ERIC
SHUEY, KATHERINE WOOD, MORGAN
STANLEY & CO. LLC, GOLDMAN SACHS
& CO. LLC, J.P. MORGAN SECURITIES
LLC, JEFFERIES LLC, TPG CAPITAL BD,
LLC, UBS SECURITIES LLC, and WILLIAM
BLAIR & COMPANY, L.L.C.,

                 Defendants.

---------------------------------------------------------------- x

: Civil Action No. 1:22-cv-06833-JSR

: CLASS ACTION

: DECLARATION OF MICHAEL G. CAPECI
IN SUPPORT OF LEAD PLAINTIFF'S
UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF
SETTLEMENT

I, Michael G. Capeci, declare as follows:

1. I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff Nizar S. Nayani ("Lead Plaintiff"), and am admitted to practice before this Court. I respectfully submit this Declaration in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement.

2. True and correct copies of the following documents are annexed hereto:

Exhibit 1: Stipulation of Settlement, dated as of October 13, 2023, with exhibits thereto;

Exhibit 2: Firm résumé of Robbins Geller Rudman & Dowd LLP;

Exhibit 3: *Recent Trends in Securities Class Action Litigation: H1 2023 Update*, Edward Flores and Svetlana Starykh (NERA Economic Consulting Aug. 2, 2023); and

Exhibit 4: Résumé of A.B. Data, Ltd.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this October 13, 2023, at Melville, New York.

_____
MICHAEL G. CAPECI

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN