UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NIZAR S. NAYANI, Individually and on Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>           vs.<br><br>LIFESTANCE HEALTH GROUP, INC., MICHAEL K. LESTER, J. MICHAEL BRUFF, ROBERT BESSLER, DARREN BLACK, JEFFREY CRISAN, WILLIAM MILLER, JEFFREY RHODES, ERIC SHUEY, KATHERINE WOOD, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, TPG CAPITAL BD, LLC, UBS SECURITIES LLC, and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>                                        Defendants. | Civil Action No. 1:22-cv-06833-JSR<br><br>CLASS ACTION<br><br>LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AN AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §77z-1(a)(4) |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Robbins Geller Rudman & Dowd LLP, Court-appointed Lead Counsel in the above-captioned class action (the "Action"), will move this Court on January 24, 2024, at 4:00 p.m., before the Honorable Jed S. Rakoff at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, or as soon thereafter as the parties can be heard, for entry of an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i) awarding attorneys' fees; (ii) paying litigation expenses incurred in prosecuting the Action; and (iii) granting an award to Lead Plaintiff Nizar S. Nayani in connection with his representation of the Class as authorized by the Private Securities Litigation Reform Act of 1995.

- 1 -

4871-0976-5016.v1

In support of this motion, Lead Counsel submits and is filing herewith: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and an Award to Lead Plaintiff Pursuant to 15 U.S.C. §77z-1(a)(4); and (ii) the Declaration of Michael G. Capeci in Support of: (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. §77z-1(a)(4), dated December 20, 2023, with annexed exhibits.

A proposed Order will be submitted with Lead Counsel's reply submission on or before January 17, 2024, after the deadline for objecting has passed.

DATED: December 20, 2023            ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                   SAMUEL H. RUDMAN
                                   MARK T. MILLKEY
                                   MICHAEL G. CAPECI
                                   BRENT E. MITCHELL


                                         s/ Samuel H. Rudman
                                   SAMUEL H. RUDMAN

                                   58 South Service Road, Suite 200
                                   Melville, NY  11747
                                   Telephone:  631/367-7100
                                   631/367-1173 (fax)
                                   srudman@rgrdlaw.com
                                   mmillkey@rgrdlaw.com
                                   mcapeci@rgrdlaw.com
                                   bmitchell@rgrdlaw.com

4871-0976-5016.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
JONAH H. GOLDSTEIN (admitted *pro hac vice*)
SCOTT H. SAHAM (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jonahg@rgrdlaw.com
scotts@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 3 -