# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

NIZAR S. NAYANI, Individually and on :    Civil Action No. 1:22-cv-06833-JSR
Behalf of All Others Similarly Situated, :

                     :    CLASS ACTION
           Plaintiff, :

                     :    DECLARATION OF NIZAR S. NAYANI IN
     vs.                 :    SUPPORT OF MOTION FOR FINAL
                     :    APPROVAL OF SETTLEMENT

LIFESTANCE HEALTH GROUP, INC., :
MICHAEL K. LESTER, J. MICHAEL :
BRUFF, ROBERT BESSLER, DARREN :
BLACK, JEFFREY CRISAN, WILLIAM :
MILLER, JEFFREY RHODES, ERIC :
SHUEY, KATHERINE WOOD, MORGAN :
STANLEY & CO. LLC, GOLDMAN SACHS :
& CO. LLC, J.P. MORGAN SECURITIES :
LLC, JEFFERIES LLC, TPG CAPITAL BD, :
LLC, UBS SECURITIES LLC, and WILLIAM :
BLAIR & COMPANY, L.L.C., :

               Defendants. :

———————————————————— x

I, NIZAR S. NAYANI, declare as follows:

1.      I am an individual investor who filed the initial complaint in the above-captioned litigation (the "Action") on August 10, 2022, who was appointed by the Court as Lead Plaintiff for the Class on November 17, 2022, and who was appointed by the Court as Class Representative for the Class on September 7, 2023.  As the Lead Plaintiff, I oversee the litigation activities of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Lead Counsel" or "Robbins Geller") in the Action.

2.      I respectfully submit this declaration in support of my motion for final approval of the Settlement and Plan of Allocation and Lead Counsel's application for an award of attorneys' fees and expenses and an award to Lead Plaintiff pursuant to 15 U.S.C. §77z-1(a)(4) in connection with my representation of the Class.  I have personal knowledge of the statements herein, and, if called as a witness, could and would testify competently thereto.

3.      In filing the initial complaint in the Action and thereafter seeking appointment as lead plaintiff, I understood my duty to serve the interests of Class Members by supervising the management and prosecution of the Action.  I have vigorously prosecuted this Action on behalf of the Class since its inception.  I agreed to settle the Action only after balancing the risks of a trial and appeal, if we prevailed, against the immediate benefit of a $50,000,000 recovery.

4.      From my appointment as Lead Plaintiff onward, I was kept fully informed regarding case developments and procedural matters over the course of the Action, including engagement with Robbins Geller concerning the litigation strategy in connection with discovery, class certification, and the potential resolution of the Action.  As Lead Plaintiff, among other things, I: (i) traveled twice from my home in the Houston, Texas area to New York City for the lead plaintiff hearings on October 27 and November 3, 2022, both of which were cancelled after

my arrival, and then participated by phone in the lead plaintiff hearing that occurred on November 4, 2022; (ii) engaged in numerous meetings, phone conferences, and correspondence with Robbins Geller; (iii) reviewed pleadings and briefs; (iv) reviewed detailed correspondence concerning the status of the Action; (v) identified and provided relevant documents and information during the discovery process; (vi) prepared for my deposition on June 14, 2023, and provided deposition testimony on June 15, 2023, in connection with my motion for class certification; (vii) consulted with Robbins Geller regarding litigation and settlement strategy; and (viii) participated in and was kept informed about the mediation and settlement negotiations.

5. In each instance, I took time away from my full-time job as a managing director of Telenor Communications, which is a wireless communication company that operates retail stores in the Houston, Texas area under the Cricket Wireless moniker. I worked closely with Robbins Geller at each phase of the Action to ensure that I was fully complying with my mandate to act in the best interests of the Class.

6. Over the course of the Action, I met and spoke with Robbins Geller regularly to discuss the status of the Action and Lead Counsel's prosecution strategy, including the potential for a settlement of the Action. I reviewed materials submitted by the parties to the mediator, was kept informed during the full-day mediation, and engaged in follow up conversations with Robbins Geller in order to maximize the outcome for Class Members.

7. I have evaluated the significant risks and uncertainties of continuing this Action, including the possibility of a nominal recovery or even no recovery at all, and have authorized Robbins Geller to settle this Action for $50,000,000. Mindful of these risks and uncertainties, I believe that this Settlement is fair and reasonable, represents a very good recovery, and is in the best interests of Class Members.

8.      While I recognize that any determination of attorneys' fees and expenses is left to the Court, I believe that Robbins Geller's request for attorneys' fees of 25% of the Settlement Amount and expenses not to exceed $700,000, plus interest on both amounts, is fair and reasonable, as this Settlement would not have been possible without Robbins Geller's diligent and aggressive prosecutorial efforts.  In addition, as I discussed with the Court during the November 4, 2022 lead plaintiff hearing, my retainer agreement with Robbins Geller dated October 19, 2022, provides a fee structure that contemplates a 25% contingent fee percentage for Robbins Geller for a settlement in the range of the Settlement Amount.

9.      I have expended approximately 92.4 hours on the prosecution of this Action, which would otherwise have been focused on my daily business activities.  This estimate is based on my records, as well as Robbins Geller's records of communicating with me.  Based on the amount of time I have expended in representing the interests of Class Members in connection with this Action, and considering my estimated hourly rate of $60.58, and the expenses I incurred amounting to $373.31 as reflected in the attached Exhibit A, I respectfully submit that an award of $5,970.90 is reasonable and appropriate.

10.      I respectfully request that the Court grant final approval of the Settlement, approve Robbins Geller's motion for an award of attorneys' fees and expenses, and award me $5,970.90 for my time and expenses expended in representing the Class in this Action.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19th day of December, 2023, at Tomball, Texas.

_____
NIZAR S. NALYANI

- 3 -

# EXHIBIT A

| | |
|---|---|
| **From:** | nayani niz |
| **To:** | Michael Capeci |
| **Subject:** | Fw: Your Thursday morning trip with Uber |
| **Date:** | Tuesday, December 19, 2023 11:39:47 AM |

EXTERNAL SENDER

jaypwireless@yahoo.com

----- Forwarded Message -----
**From:** Uber Receipts <noreply@uber.com>
**To:** "jaypwireless@yahoo.com" <jaypwireless@yahoo.com>
**Sent:** Tuesday, December 19, 2023 at 10:35:31 AM CST
**Subject:** Your Thursday morning trip with Uber

Total $59.52
October 27, 2022

# Thanks for tipping, Nizar

Here's your updated Thursday morning ride receipt.

# Total                    $59.52

| | |
|---|---|
| Trip fare | $23.91 |

| | |
|---|---|
| Subtotal | $23.91 |
| Holland Tunnel Eastbound ☐ | $20.00 |
| Booking Fee ☐ | $4.97 |
| Temporary Fuel Surcharge ☐ | $0.55 |
| EWR Airport Surcharge | $2.50 |
| Newark City Surcharge | $1.00 |
| Tips | $5.00 |
| NY State Black Car Fund ☐ | $1.59 |

Payments

| | | |
|---|---|---|
| [?] | **Apple Pay Mastercard** ▇▇▇▇<br>10/27/22 12:49 PM | $59.52 |

Download PDF

# You rode with Sonam

4.95 ☐ Rating

    Has passed a multi-step safety screen

Issued on behalf of Sonam

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

**UberX**  12.88 miles | 36 min

11:49 AM

Terminal C, Newark Liberty International Airport (EWR), Newark, NJ 07114, US

12:25 PM

27 Barclay St, New York City, NY 10007, US



Report lost item

Contact support

My trips

| | |
|---|---|
| **From:** | nayani niz |
| **To:** | Michael Capeci |
| **Subject:** | Fw: Your Thursday afternoon trip with Uber |
| **Date:** | Tuesday, December 19, 2023 11:39:37 AM |

EXTERNAL SENDER

jaypwireless@yahoo.com

----- Forwarded Message -----
**From:** Uber Receipts <noreply@uber.com>
**To:** "jaypwireless@yahoo.com" <jaypwireless@yahoo.com>
**Sent:** Tuesday, December 19, 2023 at 10:36:01 AM CST
**Subject:** Your Thursday afternoon trip with Uber



Total $119.42
October 27, 2022

# Thanks for riding, Nizar

We hope you enjoyed your ride this afternoon.



# Total                    $119.42



Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

| | |
|---|---|
| Trip fare | $92.44 |
| Subtotal | $92.44 |
| Holland Tunnel Westbound | $20.00 |
| Newark City Surcharge | $1.00 |
| EWR Airport Surcharge | $2.50 |
| NY State Black Car Fund | $3.48 |

Payments

**Apple Pay Mastercard**    $119.42
10/28/22 3:02 AM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Download PDF

## You rode with Mansur

4.96   Rating

Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

License Plate: T674345C

FHV License Number: 5624405

Driver's TLC License Number: 5532171

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

**Black**   13.48 miles | 1 h 8 min

4:06 PM

27 Barclay St, New York City, NY 10007, US

5:15 PM

Terminal C, Newark Liberty International Airport (EWR), Newark, NJ 07114, US



Report lost item

Contact support

My trips

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

| | |
|---|---|
| **From:** | navani niz |
| **To:** | Michael Capeci |
| **Subject:** | Fw: Your Thursday afternoon trip with Uber |
| **Date:** | Tuesday, December 19, 2023 11:39:35 AM |

EXTERNAL SENDER

jaypwireless@yahoo.com

----- Forwarded Message -----
**From:** Uber Receipts <noreply@uber.com>
**To:** "jaypwireless@yahoo.com" <jaypwireless@yahoo.com>
**Sent:** Tuesday, December 19, 2023 at 10:37:06 AM CST
**Subject:** Your Thursday afternoon trip with Uber



Total $58.36
November 3, 2022

# Thanks for riding, Nizar

We hope you enjoyed your ride this afternoon.

# Total                     $58.36



Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

| | |
|---|---|
| Trip fare | $47.21 |
| Subtotal | $47.21 |
| LGA Airport Surcharge | $2.50 |
| NY Congestion Fee | $2.75 |
| Sales Tax | $4.41 |
| NY State Black Car Fund | $1.49 |

Payments

**Apple Pay Mastercard** ▉▉▉▉    $58.36
11/3/22 11:41 PM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Download PDF

# You rode with Yongwei

4.95 ⬚ Rating

Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

**Rate or tip**

License Plate: T781850C

FHV License Number: 5893216

Driver's TLC License Number: 5826508

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

**Black**   9.82 miles | 41 min

12:46 PM
Queens, NY 11371, US

1:27 PM
500 Pearl St, New York, NY 10007, US

| | |
|---|---|
| **From:** | nayani niz |
| **To:** | Michael Capeci |
| **Subject:** | Fw: Your Thursday afternoon trip with Uber |
| **Date:** | Tuesday, December 19, 2023 11:39:24 AM |

EXTERNAL SENDER

jaypwireless@yahoo.com

----- Forwarded Message -----
**From:** Uber Receipts <noreply@uber.com>
**To:** "jaypwireless@yahoo.com" <jaypwireless@yahoo.com>
**Sent:** Tuesday, December 19, 2023 at 10:37:25 AM CST
**Subject:** Your Thursday afternoon trip with Uber



Total $69.96
November 3, 2022

# Thanks for riding, Nizar

We hope you enjoyed your ride this afternoon.



# Total                           $69.96



Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

| | |
|---|---|
| Trip fare | $57.58 |
| Subtotal | $57.58 |
| LGA Airport Surcharge | $2.50 |
| NY Congestion Fee | $2.75 |
| Sales Tax | $5.33 |
| NY State Black Car Fund | $1.80 |

Payments

**Apple Pay Mastercard**                                                  $69.96
11/4/22 2:27 AM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Download PDF

# You rode with Guo

4.97 Rating

Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.

Rate or tip

License Plate: T736086C

FHV License Number: 5772704

Driver's TLC License Number: 5935959

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

UberX    12.07 miles | 48 min

3:40 PM
500 Pearl St, New York, NY 10007, US

4:29 PM
Terminal B, LaGuardia Airport (LGA), Queens, NY 11371, US



From:     Nizar Nayani
To:       Michael Capozzi
Subject:  Airport/ food
Date:     Tuesday, December 19, 2023 11:47:44 AM
Attachments:  IMG_6900.PNG
              IMG_6901.PNG
              IMG_6902.PNG

EXTERNAL SENDER

**11:45**

< Back

# $23.68

flo

10/27/22, 6:04 PM

## Status: Cleared

Apple Card                          •••• 0550

**Total**                           **$23.68**

2% Daily Cash                        $0.47

SHOWN ON STATEMENT AS:

c2 proof oasis

Case 1:22-cv-06833-JSR   Document 92-1   Filed 12/20/23   Page 21 of 23

‹ Back

# $13.71

flo

10/27/22, 4:51 PM

Report an Issue

flo.io

## Status: Cleared

Apple Card                                    •••• 0550

## Total                                        **$13.71**

## 2% Daily Cash                                $0.27

SHOWN ON STATEMENT AS:

## c2 proof oasis

## flo.io

## Report an Issue

**11:46**

< Back

# $28.66

flo

11/3/22, 7:11 AM

**Status: Cleared**

Apple Card                         ⚬ ⚬ ⚬ ⚬ 0550

**Total**                          **$28.66**

2% Daily Cash                      $0.57

SHOWN ON STATEMENT AS:

iah cs southern belle