# EXHIBIT A

***Nayani v. LifeStance Health Group,***
***Inc., et al.,*** **Civil Action No. 1:22-cv-06833-JSR**
**Exclusion Report**

| Exclusion # | Name | City, State |
|:---:|:---:|:---:|
| 1 | Anthony Louis Caligiuri III | Santa Maria, CA |

# EXCLUSION 1

?DEC 23    Anthony Louis Caligiuri III

page
1
of
1

**RECEIVED DEC 15 2023**

**Notes**

Dear Sir/or Ma'am,

There is a conflict of interest on the class "Civil Action No. 1:22-cv-06833-JSR" which will result in legal action against all class counsel members if appropriate action is not taken.

I am both a member of the class and a listed defendant. I need assistance ensuring that I am fully excluded from the list of class members and all objections noted, to ensure no need for future litigation.

I await your timely response. Thank you,

Anthony Louis Caligiuri III @9DEC23
Anthony Louis Caligiuri III

5-18

Anthony Louis Caligiuri III

SANTA BARBARA CA   931

13 DEC 2023  PM 1  L



★ USA ★ FOREVER ★

G.W.



LEGAL

Robbins Geller Rudman & Dowd LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101

92101-849875

K.